JUNE 2, 2006                    CASE No. 06-13504 (D.

US BANKRUPTCY COURT

CLERKS OFFICE

3 RD FLOOR

50 WALNUT STREET

NEWARK, N.J. 07104

DEAR SIR / MADAM:

PLEASE EXCUSE THE HAND WRITTEN NOT. MY
COMPUTER SUFFERED SOME PROBLEMS BEFORE I
COULD COMPLETE THE BANKRUPTCY PACKAGE.
I AM DELIVERING THE BULK OF THE INFORMATION.
I WILL DELIVER THE REST IN A DAY OR TWO, AS
SOON AS I GET MY COMPUTER REPAIRED.

THANK YOU FOR YOUR TIME AND COOPERATION.

SINCERELY

MICHAEL L. CASEY
53 GRIST MILL LANE
UPPER SADDLE RIVER
N.J.  07458

Form 6-Summary
(10/05)

# United States Bankruptcy Court

### District Of *NEW JERSEY*

In re *MICHAEL R. CASEY,*
Debtor

Case No. *06 - 13504 (DHS)*

Chapter *7*

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Y | V | $ 269 315 | | |
| B - Personal Property | Y | 3 | $ 1,000 | | |
| C - Property Claimed as Exempt | Y | 1 | | | |
| D - Creditors Holding Secured Claims | Y | 3 | | $ 533 500 | |
| E - Creditors Holding Unsecured Priority Claims | Y | 3 | | $ 151 100 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Y | VV | | $ 14 743 773 | |
| G - Executory Contracts and Unexpired Leases | Y | 1 | | | |
| H - Codebtors | Y | 1 | | | |
| I - Current Income of Individual Debtor(s) | Y | 1 | | | $ 3 000 |
| J - Current Expenditures of Individual Debtors(s) | Y | 1 | | | $ 300C |
| TOTAL | | | $ 270 315 | $ 13 418 373 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court

District Of *NEW JERSEY*

In re *MICHAEL R. CASEY*,
                Debtor

Case No. *06-13504 (DHS)*

Chapter *7*

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
### [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $            *0* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   *143 000* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $            *0* |
| Student Loan Obligations (from Schedule F) | $  *8 100* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $            *0* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $            *0* |
| TOTAL | $ *151 100* |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**

Form B6A
(10/05)

In re ___MICHAEL R. CASEY___
        **Debtor**

Case No. ___06-13504 (DHS)___
            **(If known)**

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| | | | | |

Total▶  $269,315

(Report also on Summary of Schedules.)

**MICHAEL R. CASEY**          CASE NO. 06-13504 (DHS)   04-25-2006

## SCHEDULE A – REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTORS INTEREST IN PROPERTY | HUSB WIFE JT COMM | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 53 Grist Mill Lane Tenants By The Entirety 53 Grist Mill Lane Upper Saddle River, NJ 07458 Single Family Home | 10.0000% | | $112,500 | $ 70,000 |
| 126 Franklin Ave. Assoc. NJ Limited Partnership 126 Franklin Ave. New Rochelle, NY 44 Unit Apt Bldg | .2281% | | $     515 $  6,843  (2) | $        0 $        0 |
| 215 Hickory Ave. Tenants In Common 215 Hickory Ave. Bergenfield, NJ 07  000 4 Family house | 50.0000% | | $150,000  (1) | $        0 |
| 300 E. Homestead Ave. Co-Ownership with Frances Casey 300 E. Homestead Ave. Palisades Park, NJ 07   000 2 Condo Apts. & 3 Garages A-5, B-5,  G-3, G-10, G-12 | 50.0000% | ½ $        0 | | ½ $ 62,000 |
| Midas Wantage Twp. NJ Limited Partnership Old Route 84 Wantage, NJ 55 Acres of raw Land Zoned 2 Acre Homesites | .2100%   Corp. 06.7700%   Indiv. | | $  6,300 $ 63,000  (2) $ 32,855 $ 237,000 (2) | $        0 $        0 |
| | | | $152,670 $150,000  (1) $306,843  (2) | $132,000 |

(1)    Cannot find sharing agreement
(2)    If developed

$ 769,315

BankCh7PetFormsScheduleARealEstate.Doc                                                    1

Form B6B
(10/05)

In re _MICHAEL R. CASEY_ ,                    Case No. _06-13504 (DHS)_
          **Debtor**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | √ 3 GRIST MILL LA UPPER SADDLE RIVER N.J. 07458 | | 100 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | 100 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | 100 |
| 6. Wearing apparel. | | | | 300 |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | | | | |

Form B6B-Cont.
(10/05)

In re _MICHAEL R. CASEY_,          Case No. _06-13504 (DHS)_
_____Debtor_____                      _____(If known)_____

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

Form B6B-cont.
(10/05)

In re  MICHAEL P. CASEY ,            Case No.  06-13504 (DHS)
                    Debtor                                    (If known)

## SCHEDULE B -PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | 100 |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | 300 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____ continuation sheets attached    Total ▶    $    1,000

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re MICHAEL L. CASEY ,          Case No. 06-13504 (DHS)
          **Debtor**                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐  11 U.S.C. § 522(b)(2)
☐  11 U.S.C. § 522(b)(3)

☐  Check if debtor claims a homestead exemption that exceeds
   $125,000.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| PRINCIPAL RESIDENCE | $ 17,200 | | |
| AUTO | 100 | | |
| OFFICE EQUIPT. | 300 | | |
| CLOTHES | 300 | | |
| CASH | 100 | | |
| BOOKS | 100 | | |
| HOUSEHOLD GOODS | 100 | | |

Form B6D

(10/05)     In re _MICHAEL R. CASEY_          Case No. _06-13504(DHS)_
                      **Debtor**                              **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ____ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ | |
| | | | Total ▶ (Use only on last page) | | | | $ | |

(Report total also on Summary of Schedules)

Form B6D – Cont.
(10/05)

In re _MICHAEL R. CASEY_        Case No. _06-13504 (DHS)_
       **Debtor**                                **(If known)**

## SCHEDULE D – CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND A ACCOUNT NUMBER (See Instructions Above) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | | | | | | |
| | | | VALUE $ | | | | | |

Sheet no.___of___continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ► (Total of this page)    $ √33,√00

Total ► (Use only on last page)    $ √33,√00

**MICHAEL R. CASEY**      **CASE NO, 06-13504 (DHS)**      **04-25-2006**

## CREDITORS HOLDING SECURED CLAIMS (2)

SPS
PO Box 551170
Jacksonville, Fl 32255-1170
7002926991

1999 – 1st Mortgage
300 E Homestead Ave
Palisades Park, NJ 07650
Condo Apt 5B
FMV $185,000     $ 62,000 ½ $ 31,000

Deed and mortgage joint by Michael Casey and wife Frances Casey.

SPS
PO Box 551170
Jacksonville, Fl 32255-1170
7002926991

1999 – 1st mortgage
300 E Homestead Ave
Palisades Park, NJ 07650
Condo Apt 6B
FMV $185,000     $ 62,000 ½ $ 31,000

Deed and mortgage joint by Michael Casey and wife Frances Casey.
The property, condo units 5B & 6B, were sold on January 1, 2004. But the
mortgages are still in my name. The asset was frozen retroactively by Court
Order on February 19, 2004 by Judge Klein, Chancery Court, Essex County.

Joseph Primiano
30 Cove Point Road
Toms River, NJ 08753

1991 – 1st mortgage
32 Cove Point Road
Toms River, NJ 08753
Summer Home
FMV $240,000     $188,000 ½ $ 94,000

Deed in name Of Frances Casey only, Inherited property.

SPS
PO Box 551170
Jacksonville, Fl 32255-1170
3009094735

1997 – 2nd$^{t}$ Mortgage
32 Cove Point Road
Toms River, NJ 08753
Summer Home
    $ 55,000 ½ $ 27,500

Deed in name Of Frances Casey only, Inherited property.

WMC/SPS
PO Box 551170
Jacksonville, Fl 32255-1170
1103158539

1999 – 1st Mortgage
53 Grist Mill Lane
Upper Saddle River, NJ 07458
Principal Residence
FMV $1,100,000    $575,000 ½ $287,500

Deed and mortgage joint by Michael Casey and wife Frances Casey.

Commerce Bank
1100 Lake St.
Ramsey, NJ 07446
951107278

2001 – 2nd Mortgage
53 Grist Mill Lane
Upper Saddle River, NJ 07458
Principal residence
$125,000 ½ $ 62,500

Deed and mortgage joint by Michael Casey and wife Frances Casey.
This mortgage has not been recorded by Commerce Bank.

**Page 1-Grand-Total**      **$1,067,000**   **$533,500**

Form B6E
(10/05)

In re _MICHAEL R. CASEY_,
                    Debtor

Case No. _06-13504 (DHS)_
                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H","W","J," or "C" in the column labeled "Husband, Wife, Joint, or Community."        If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

Form B6E Contd.
(10/05)

In re _MICHAEL R. CASEY_,                    Case No. _06-13504 (DHS)_
_____Debtor_____                              (if known)

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

---

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ continuation sheets attached

Form B6E - Cont.
(10/05)

In re  MICHAEL R. CASEY,                    Case No. 06-13504 (DHS)
_____Debtor_____                              _____(If known)_____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. ___ of ___ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶
(Total of this page)      $ 151,100

Total ▶
(Use only on last page of the completed Schedule E.
(Report total also on Summary of Schedules)      $ 151,100

**MICHAEL R. CASEY**         **CASE NO, 06-13504 (DHS)**         **04-25-2006**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS (1)

**Internal Revenue Service**
**Holtsville, NY 00501**
**Payroll Taxes**                                    $100,000
~~Income Taxes~~          (Disputed)          ~~350,000~~

**New Jersey Payroll Tax**                      10,000
**Trenton, NJ**

**New Jersey Department of Labor**
**Trenton, NJ**
**Unemployment Taxes**    (Disputed)      30,000

**Dell Computer**                              3,000

        **Page 1-Grand-Total**              ~~$493,000~~

                                            143,000

---

*EDUCATION LOAN*
*SALLIE MAE*
*P.O. BOX 9500*
*WILKES BARRE,*
*PA. 18773 - 9500*                    8,100
                              $ 151,100

In re _MICHAEL R. CASEY,_
      Debtor

Case No. _06-13504 (DHS)_
         (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no.___of___sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $

Total➤ | $ _1Y,743,773_
(Use only on last page of the completed Schedule F.)
( Report also on Summary of Schedules.)

MICHAEL R. CASEY                    06-13504 (DHS)

SCHEDULE F - UNSECURED NON-PRIORITY CLAIMS

SUMMARY  $ 1x,243,773 ~

| | | |
|---|---|---|
| RENT SECURITIES | $ 79,100 | |
| MEDICAL | 104,994 | |
| 3x CPA | x,861 | |
| 53 GMLI | 95,509 | |
| x | 167,565 | |
| 3 | 383,5xx | |
| 4 | 20,x65 | |
| 1x66 LTD | 193,534 | |
| 1x6 TIC | 1,455,330 | |
| 1x66 TIC | 338,004 | |
| 1x6 LTD | 443,93x | 3,334,116 |
| 140 TIC | x30,x3/ | |
| x15 TIC | 150,000 | |
| x95 TIC | 380,415 | |
| 300 CASEY | 300,000 | |
| 300 TIC | 556,935 | |
| 3x9 TIC | 385,636 | |
| DML LTD | 150,51x | |
| JFC LTD | 311,x39 | |
| MICAP | 3,469,443 | |
| MIFI | 309,50x | 6,x43,913 |
| NOLO | 1,937,336 | |
| MSI | xx5,739 | |
| SINJ | 5x6,459 | |
| WANTAGE | 476,x10 | 3,165,74x |

| **MICHAEL R. CASEY** | **CASE NO, 06-13504 (DHS)** | **04-25-2006** |
|---|---|---|

**RENT SECURITY (7)**

| | |
|---|---|
| 126 Franklin Avenue Apartments, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>44 Apartments | $30.800 |
| 140 West Englewood Avenue, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>11 Apartments | 7,700 |
| 300 East Homestead Avenue, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>19 Apartments | 13,300 |
| 329 Essex Street, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>16 Apartments | 11,200 |
| 1266 Teaneck Road, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>17 Apartments | 11,900 |
| 215 Hickory Avenue, Tenants In Common<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>04 Apartments | 2,800 |
| 300 East Homestead Avenue, Tenants In Common B5 & B6<br>295 Spring Valley Road, Park Ridge, New Jersey 07656<br>02 Apartments | 1,400 |

**1 Grand-Total**                                                    **$79,100**

Form B6F (10/05)

In re _MICHAEL R. CASEY,_                    Case No. _06-13504 (DHS)_
          **Debtor**                                                    (If known)

## SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | _SCHEDULES ATTACHED_ | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| | | | Subtotal▶ | | | | $ |
| _____continuation sheets attached | | | Total▶ (Use only on last page of the completed Schedule F.) ( Report also on Summary of Schedules.) | | | | $ |

**FILED**
JAMES J WALDRON, CLERK

JUN - 5 2006

U.S. BANKRUPTCY COURT
DEPUTY

MICHAEL R. CASEY              CASE NO, 06-13504 (DHS)        04-25-2006

## BANKRUPTCY SCHEDULE F CREDITORS
## COLLECTION AGENCIES ACTING FOR CREDITORS

C.tech Collections, Inc.
PO Box 402,
Mt. Sinai, NY 11766
Re: Radiology Assoc of Ridgewood, PA
Act # 8081-365-27730 $915

C.tech Collections, Inc.
PO Box 402,
Mt. Sinai, NY 11766
Re: Radiology Assoc of Ridgewood, PA
Act # 8081-365-27878 $257

Michael Harrison Attorney At Law
3155 Rt. 10 E – Suite 214
Denville, NJ 07834
Re: Valley ER Associates, PA
Act # MV45716807 $310

Michael Harrison Attorney At Law
3155 Rt. 10 E – Suite 214
Denville, NJ 07834
Re: Valley ER Associates, PA
Act # MV45724784 $424

Tri-State Adjustments, Inc.
PO Box 3219
La Crosse WI 54602-3219
Re: The Swiss Colony
Act # 79575324884A $156

Irving Kaplan Associates
1416 Morris Ave PO Box 699
Union, NJ 07083
Re: Englewood Hosp & Medical Ctr
Act # 96984604 $328

Xelco Collection Services, Inc.
PO Box 378130
Denver, Co80237-8130
Re: Retirement Accounts Inc.
Act # 010964290001 $188

United Recovery Systems, LP
PO Box 722929
Houston, TX 77272-2929
Re: American Express Co.
Act # 371534779741007 $4,217

NCT
2811 Corporate Way
Miramar, Fl 33025
Re: Brogan Cadillac Inc.
Act # 324783 $716

TRS Recovery Services, INC
5251 Westheimer
Houston, TX 77056
Re: Waldbaums
Act # 3405181341879 $53

NCO Financial Systems, Inc (Dep A)
3091 Governors Lake Dr. Suite 350
Norcross, GA 30071
Re: Radiology Associates of Ridgewood
Act # BONE643*5724784 $915

NCO Financial Systems, Inc (Dep A)
3091 Governors Lake Dr. Suite 350
Norcross, GA 30071
Re: Radiology Associates of Ridgewood
Act # BONE643*489523 $257

Pressler & Pressler
16 Wing Drive
Cedar Knolls, NJ 07927
Re Cardiovascular Associates, PA
File#C123815 - $7,594

Goldman & Warshaw, P.C.
38 Maple Ave. Ste 101
Pine Brook, N.J. 07058
Re: Michael J. Mentakis M.D.,$3,570

Celentano, Staddtmauer et al, LLP
1035 Rt.46 E.. P.O. Box 2594
Clifton,N.J. 07015
Re: Valley Hospital Acct. V005716807
$1,245

American Medical Collection Agency
2269 S. Saw Mill River Rd. Bldg.3
Elmsford, N.Y. 10523
Account # MCD 0919169A24 –
Re:Quest Diagnostics Inc.; - $150

Tate&Kirlin Associates
2810 Southampton R.
Philadelphia PA 19154 #104414976
Re: ADT Security Systems-$112

TRS Recovery Services,Inc.
5251 Westheimer
Houston,TX 77056
Acct. # 3405181341879
Re: A&P $53

Nudelman,Nudelman&Ziering
425 Eagle Rock Ave.
Roseland,N.J. 07068
 Acct.# R53681-
Re: Capital One Bank - $4,875

Celentano, Stadmauer & Walentowicz, LLP
1035 Rt. 46 E. PO Box 2594
Clifton, NJ 07015-2594
Re: The Valley Hospital
Act # V005724784 $72,292

Celentano, Stadmauer et al, LLP
1035 Rt. 46 E. PO Box 2594
Clifton, NJ 07015-2594
Re: The Valley Hospital
Act # V005716807 $1,245

NCO Financial Sys Dept  03
1804 Washington Blvd  Mailstop 450
Baltimore, MD 21230
Re: Capital One
Act # 4388641343754821 $4,014

RMA Inc.
7324 SW Freeway, Suite 1200
Houston, TX 77074
Re: Capital One
Act# 4388641343754821 $3,889

CMC Collection Services
PO Box 291
Blue Bell, PA 19422-0291
Re: STF Landscaping $175

TRS Recovery Services Inc,
5251 Westheimer
Houston, TX 77056
Re: Waldbaums
Act# 3404320341863 $30

GC Services Limited Partnership Collections
PO Box 2667
Houston, TX 77252-2667
Re: Telecheck
Act# 3404320341863 $30

NCO Financial Systems Inc.
507 Prudential Rd.
Horsham, PA 19044
Re: AT&T
Act# A0519117615101 $63

C.tech Collections, Inc.
PO Box 402,
Mt. Sinai, NY 11766
Re: Radiology Assoc of Ridgewood, PA
Act # 8081-365-28039 $66

Encore Receivable Management Inc.
PO Box 3370
Olathe, KS 66063-3330
Re: Monogram Credit Card Bank of GA/Lowes
Act# C88B85968074238 $445

RMA Inc.
PO Box 105816
Atlanta, GA 30348
Re: AT&T CCO Long Distance
Act#92480021030 $63

LC System, Inc
444 Highway 96 E. PO Box 64437
St. Paul, MN 55164-0437
Re: Michael J.Mentakis MD
Act# CASEY0004 $3,570

NAFS of Canada
335 Ontario St.
St. Catherines, Ontario L2R 5L3
Re: ADT Security Services
Act# 01100104414976 $112

National Check Trust
2811 Corporate Way
Miramar, FL 33025
Re: Brogan Cadillac Inc.
Act#324783 $716

Credit Collections
Two Wells Ave.
Newton, MA 02459
Encompass Insurance
Pol # US021180688100 $671

| MICHAEL R. CASEY | CASE NO, 06-13504 (DHS) | 04-25-2006 |
|---|---|---|

**SCHEDULE F**

**32 COVE POINT ROAD PERSONAL CREDITORS**

| | | |
|---|---|---|
| AT&T<br>PO Box 1200<br>Newark, NJ 07101<br>Tele No. 732-288-1901 | Oct. 11, 2004 | $    63 |
| Dover Municipal Utilities<br>340 W. Warr St.<br>Toms River, NJ 08753<br>Act# 9402 | 8-2-04 | $   459 |
| EJ's Lawn Service<br>1000 Larchmont Street<br>Toms River, NJ 08757 | | $   975 |
| Lezgus<br>516 Fisher Blvd.<br>Toms River, NJ 08753<br>ACT# 3274 | 9-15-04 | $   127 |
| Lezgus<br>516 Fisher Blvd.<br>Toms River, NJ 08753<br>ACT# 3289 | 9-20-04 | $   115 |
| Ram Design<br>191 Wedgewood Drive<br>Toms River, NJ 08753 | | $   231 |
| Verizon<br>PO Box 4830<br>Trenton, NJ 08650<br>ACT# 732-288-1901-643-64Y | 10-22-04 | $   145 |
| STF Landscaping<br>4 Fairway Dr.<br>Toms River, NJ 08753<br>ACT# 4066 | AUG 2004<br>Judgement | $   250 |
| **Page 1 GRAND TOTAL** | | **$2,361** |

**MICHAEL R. CASEY**        **CASE NO, 06-13504 (DHS)**      **04-25-2006**
**53 GRIST MILL LANE 01 PERSONAL CREDITORS**        **(27)**

| | | |
|---|---|---|
| ADT Security Service<br>PO Box 371490<br>Pittsburgh, PA 15250-7490<br>01100 104414976 | 8-19-04 | $    112 |
| Amoco BP<br>Des Moines, IA 50360<br>461-902-682-8 | 1-27-05 | $11,105 |
| Cablevision<br>PO Box 371378<br>Pittsburgh, PA 15250<br>07870-403294-02-8 | | $   285 |
| Capital One<br>PO Box 85147<br>Richmond, VA 23276<br>4388-6413-4375-4821 | 1215-04 | $ 6,275 |
| Carchman L.L.C.<br>23 Vreeland Rd.<br>Florham Park, 07932 | 2-9-04 | $    550 |
| Mary Casey<br>4570 Zion Ave. Unit C-12<br>San Diego, CA 92120 | | $40,000 |
| CVS<br>Retail Accounting<br>PO Box 277<br>Chaska, MN | 9-13-04 | $     30 |
| Encompass Ins.<br>1100 Cornwall Road<br>P.O. Box 909<br>Monmouth Jct, NJ 08852 | 11-1-04 | $    671 |
| Fed Ex<br>PO Box 3714161<br>Pittsburgh, PA 15250<br>1-972-51866 (invoice)<br>2467-9910-5 | 8-17-04 | $     11 |

**Page 1 sub total**                                    **$59,039**

| | | | |
|---|---|---|---|
| G. R. Goris Plumbing & Heating LLC<br>P.O. Box 881<br>Mahwah, NJ 07430 | | | $    415 |
| Household Credit Services<br>PO Box 17051<br>Baltimore, MD 21297<br>5440-4550-1568-1276 | 1-6-05 | | $ 1,613 |
| JVS Landscaping Inc.<br>700-76 Broadway #334<br>Westwood, NJ 07675 | 7-8-04<br>Judgments | $    86.87<br>$1,493.39<br>$    10.00<br>$    25.00<br>$1,641.38<br>$    10.00 | $ 3,267 |
| Kmart<br>PO Box 8130<br>Palatine, Il. 60078<br>54726562 | 10-29-04 | | $    25 |
| Legend Landscaping (CODEBTOR)<br>34 Glendale Rd.<br>Park Ridge, NJ 07675 | (W)    12-2003<br>Judgement | | $    830 |
| Meehan & Rasa L.L.C.<br>Attorneys at Law<br>3 Elm St., Suite 206<br>Morristown, NJ 07960<br>2410-001 | | | $ 2,021 |
| Nature View<br>113 Moffatt Rd.<br>Mahwah, NJ 07430<br>1255 | 11-2-04 | | $ 1,662 |
| PSE&G<br>PO BOX 14106<br>New Brunswick, NJ 07458<br>31-045-274-58 | 11-04 | | $    186 |
| Quest Diagnostic Inc.<br>PO Box 64196<br>Baltimore MD 21264<br>056645507 | 1-8-05 | | $    150 |
| Rapid Transcript Inc.<br>4 Elodic Lane<br>Randolph, NJ 07869 | 7-16-04 | | $    177 |
| **Page 2 sub -total** | | | **$   10,346** |

| | | |
|---|---|---|
| Retirement Accts Inc.<br>PO Box 173785<br>Denver, Co 80217-3785<br>010964290001 | 9-30-04 | $      188 |
| Rockland Electric<br>PO Box 427<br>Montvale, NJ 07645<br>43373-62002 | 11-05-04 | $      436 |
| Mark Sandlow<br>1835 Johnston St. Unit 116<br>Philadelphia, PA 19145 | | $23,000 |
| Swiss Colony<br>1112 7th Avenue<br>Monroe, MI 53566-1364 | | $      134 |
| Telecheck<br>PO Box 17450<br>Denver, CO 80217<br>3404320341863 | 2-4-05 | $       30 |
| TRS Recovery Svc.<br>PO Box 60022<br>City of Industry, CA 91716<br>3404320341863 | 11-17-04 | $       30 |
| Charles Tsakrias Jr. M.D.<br>89 N. Maple Ave.<br>Ridgewood, NJ<br>4151 | 12-08-03 | $    387 |
| USA Security Services<br>201 Lodi St.<br>Hackensack, NJ 07601<br>34991 | 2-10-04 | $    112 |
| Walder, Et Al<br>Attorneys at Law<br>5 Becker Farm Rd.<br>Roseland, NJ 07068<br>46222 | 12-02-04 | $  1,807 |

**Page 3 sub -total**          $  26,124
**Pages 1-3 Grand Total**    $  95,509

| MICHAEL R. CASEY | CASE NO, 06-13504 (DHS) | 04-25-2006 |
|---|---|---|
| 53 GRIST MILL LANE 02 PERSONAL CREDITORS | | (2) |

John Flecke        2 Judgments Reporting      (Disputed Paid)    $  79,281
3 Concord Green    but Paid both
S. Burlington, VT 05403

Robert Varner             Judgement Reporting (Disputed Paid)    $  88,284
781 A Columbia St. but paid
New Milford, NJ 07646

### Page 1 Grand Total                                                      **$167,565**

These two Judgments were paid three and four years ago.  I have Satisfactions
on these two judgments that must be filed.

| **MICHAEL R. CASEY** | **CASE NO, 06-13504 (DHS)** | **04-25-2006** |
|---|---|---|

**53 GRIST MILL LANE 03 UNSECURED LENDERS          (06)**

| | | |
|---|---|---|
| Octavious Anzano<br>15 Prospect Ave. 8F<br>Hackensack, NJ 07601 | | $ 13,333 |
| Frances Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | W | $250,000 |
| Caroline Chin<br>29 Bush Rd.<br>Denville, NJ 07834 | | $ 13,333 |
| Brian Howarth<br>Apartado Postal 4-156<br>Cuernavaco, Morelos<br>Mexico, 62451 | | $ 13,333 |
| Joseph Primiano<br>30 Cove Pt. Rd.<br>Toms River, NJ 08753 | | $ 80,190 |
| Rose Robustellini<br>26 Linden St.<br>Lodi, NJ 07644 | | $ 13,333 |

Michael R. Casey

| **Pages 1 Grand Total** | | **$383,522** |
|---|---|---|

**MICHAEL R. CASEY**            **CASE NO, 06-13504 (DHS)**      **04-25-2006**

**53 GRIST MILL LANE 06 DISPUTED PERSONAL CREDITORS            (04)**

| | | | |
|---|---|---|---|
| Wolf, Block, Et Al<br>Attorneys at Law<br>101 Eisenhower Pkwy<br>Roseland, NJ 07068 | 04-13-04 | (Disputed) | $14,483 |
| Winne Banta<br>Attorneys at Law<br>21 Main ST<br>PO Box 647<br>Hackensack, NJ 07601 | 1-1-2004<br>– 6-20-05 | (Disputed) | $40,071 |
| Price, Meese, Et Al<br>Attorneys at Law<br>50 Tice Blvd<br>Woodcliff Lake, NJ 07677 | 8-23-04 | (Disputed) | $ 5,711 |
| Virginia K. Sourlis Esq<br>Attorney at Law<br>PO Box 237<br>Red Bank, NJ 07701 | 2-24-04 | (Disputed) | $10,000 |

### Page 1 Grand Total                                    **$70,265**

<u>**MICHAEL R. CASEY**</u>          <u>**CASE NO, 06-13504 (DHS)**</u>      <u>04-25-2006</u>
<u>**1266 TENECK ROAD ASSOCIATED, LIMITED, N.J., L.P. (23)**</u>

| | |
|---|---|
| Affleck, Millard<br>4135 Longshore Ave<br>Philadelphia, PA 19135 | $  16,961 |
| Chin, Thomas<br>46 Lord Sterling Dr.<br>Parsippany, NJ 07054 | $    5,582 |
| Difiore, Julius<br>1948 Pilgrim Ave<br>Bronx, NY 10461 | $  22,161 |
| Fitzgerald, James<br>5 Seneca Trail<br>Randolph, NJ 07869 | $  28,025 |
| Fives, Mary (IRA)<br>Oak Park Dr.<br>Douglaston, NY11362 | $_  4,345 |
| Hill, John (IRA)<br>6403 Red Cedar Dr.<br>Wilmington, NC 28405 | $    6,201 |
| Jahn, Anne<br>15-20 202nd St.<br>Baydise, NY 11360 | $    9,284 |
| Jahn, Charles<br>15-20 202nd St.<br>Baydise, NY 11360 | $    4,631 |
| Link, Joan (IRA)<br>1059 Oradell Ave<br>Oradell, NJ 07649 | $    6,420 |
| Link, Richard (IRA)<br>1059 Oradell Ave<br>Oradell, NJ 07649 | $    5,821 |
| Mahoney, Patricia (IRA)<br>Oak Grove Rd.<br>South Hampton, NY 11968 | $_  5,418 |
| **Page1 sub -total** | **$114,849** |

| | |
|---|---|
| Mahoney, Thomas<br>Oak Grove, Rd.<br>South Hampton, NY 11968 | $ 18,262 |
| Mahoney, Thomas (IRA)<br>Oak Grove, Rd.<br>South Hampton, NY 11968 | $  7,544 |
| Meerendonk, Robert<br>54 Van Winkle Ave<br>Garfield, NJ 07026 | $  2,125 |
| Pratt, Rebecca (IRA)<br>126 Riverside Dr. 4A<br>NY, NY 10024 | $  5,046 |
| Primiano, Joseph (IRA)<br>30 Cove Point Rd.<br>Toms River, NJ 08753 | $ 15,438 |
| Scheidt, Roxanne<br>70 Strawberry Hill Ave 2E<br>Stamford, CT 06902 | $  4,432 |
| Scheidt, Roxanne (IRA)<br>70 Strawberry Hill Ave 2E<br>Stamford, CT 06902 | $  3,894 |
| Stewart , Kathleen (IRA)<br>6 Hurley Ct.<br>Wyckoff, NJ 07481 | $  2,982 |
| Yee, Allison (IRA)<br>12 A Valentine Ave. 1A<br>Glen Cove, NY 11542 | $  4,107 |
| Yee, Marilyn (IRA)<br>12A Valentine Ave. 1A<br>Glen Cove, NY 11542 | $  3,889 |
| Ynostrosa, Judith (IRA)<br>134 Legion Pl.<br>Hillsdale, NJ 07642 | $  5,248 |
| **Page 2 sub -total** | **$72,967** |

Ynostrosa, Roger (IRA)                                         $   5,718
134 Legion PL
Hillsdale, NJ 07642

     **Page 3 sub -total**                                    **$   5,718**

     **Pages 1-3 Grand Total**                              **$193,534**

## MICHAEL R. CASEY          CASE NO, 06-13504 (DHS)          04-25-2006
## 126 FRANKLIN AVENUE APARTMENTS, TENANTS IN COMMON (07)

| | |
|---|---|
| Charles Barton<br>28 Prospect Ave.<br>Haworth, NJ 07641 | $ 97,510 |
| Janet Fairbanks<br>28 Prospect Ave<br>Haworth, NJ 07641 | $ 97,511 |
| Roy McGeady<br>249 Vista View Dr.<br>Mahwah, NJ 07430 | $302,500 |
| Joseph Morrone<br>42 Patmore Rd.<br>Brick, NJ 08724 | $160,309 |
| Gerard & Norma Shaw<br>105 Cobb Rd.<br>Milford, PA 18337 | $262,500 |
| Benjamin & Martha Carosella<br>279 West Place<br>Washington Township, NJ 07675 | $175,000 |
| Andre & Gwen & Ouellette<br>3565 Round Hill Rd.<br>Somerville, NJ 08876 | $360,000 |
| **Page 1 Grand Total** | **$1,455,330** |

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**          **04-25-2006**

## 1266 TEANECK ROAD, TENANTS IN COMMON, (06)

| | | |
|---|---|---|
| Donald Bunda<br>170 Walthery Ave.<br>Ridgewood, NJ 07450 | 1977 | $  31,844 |
| Benjamin & Martha Carosella<br>279 West Place<br>Washington Township, NJ 07675 | 1977 | $  29,462 |
| Frances Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | 1977 | $157,800 |
| Jennifer Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | | $  33,315 |
| Andre & Gwen Ouellette<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | | $  42,750 |
| Robert Zurlo<br>1029 Via De La Paz # 223<br>Pacific Palisades, CA 90272 | | $_ 42,833 |
| **Page 1 Grand Total** | | **$338,004** |

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**          **04-25-2006**
**126 FRANKLIN AVENUE ASSOCIATES, LIMITED, N.J.L.P. (25)**

| | | |
|---|---|---|
| Anzano, Octavius<br>151 Prospect St. 8F<br>Hackensack, NJ 07601 | 1986 | $   6,845 |
| Borsy, George<br>230-15 58th Rd.<br>Bayside, NY 11364 | 1986 | $  13,770 |
| Casey, Dennis<br>43 Howard St.<br>White Plains, NY 10605 | 1986 | $  69,782 |
| Chin, Thomas<br>29 Bush Rd.<br>Denville, NJ 07834 | 1986 | $  15,118 |
| Dean, Thelma<br>48 Crossway Rd.<br>Nassau, NY 12123 | 1986 | $  24,105 |
| Fitzgerald, James<br>5 Seneca Trail<br>Randolph, NJ 07869 | 1986 | $  30,714 |
| Fitzpatrick, Daniel<br>5 Appletree Way<br>Long Valley, NJ 07853 | 1986 | $7,196 |
| Gloistein, John<br>110 Phyllis Dr.<br>Old Tappan, NJ 07675 | 1986 | $13,767 |
| Gurney, Kathy<br>231 Youngs Rd..<br>Mahwah, NJ 07430 | 1986 | $42,056 |
| Pamela Collins Gurney<br>231 Youngs Rd.<br>Mahwah, NJ 07430 | 1986 | $   7,194 |
| Healy, Carolyn<br>13290 Mustang Trail<br>Ft. Lauderdale, Fl 33330 | 1986 | $  13,768 |
| **Page 1 sub -total** | | **$244,315** |

| | | |
|---|---|---|
| Killeen, Michael<br>206 N. Lincoln St.<br>Pearl River, NY 10965 | 1986 | $   6,829 |
| Mahoney, Thomas<br>20 Oak Grove Rd.<br>Hampton, NY 11968 | 1986 | $51,496 |
| Malouf, Richard<br>102 Wybel Ln.<br>Cary, NC 27513 | 1986 | $41,319 |
| Masters, Vera<br>C/O Frank W. Masters<br>19 Tennis Club Dr.<br>Danville, CA 94506 | 1986 | $8,183 |
| Petrocelli, James<br>51 Chaffer Circle<br>Norwood, NJ 07648 | 1986 | $6,830 |
| Polito, Joanne<br>2311 Kelso<br>San Antonio, TX 78248 | 1986 | $20,675 |
| Robustellini, Rose<br>26 Linden St.<br>Lodi, NJ 07644 | 1986 | $8,215 |
| Scirri, Stefani<br>126 Franklin Ave 6A<br>New Rochelle, NY 10805 | 1986 | $6,888 |
| Slocum, Randall<br>13705 Longs Landing Rd.<br>Jacksonville, Fl 32225 | 1986 | $14,427 |
| Soccodato, Yolanda<br>160 Berrian Rd.<br>New Rochelle, NY 10801 | 1986 | $6,829 |
| Straub, Dorothy<br>113 Shortwoods Rd.<br>New Fairfield, CT 06812 | 1986 | $6,831 |
| **Page 2 sub -total** | | **$178,522** |

Trifari, MaryAnn                    1986                    $6,829
100 Pelham Rd
New Rochelle, NY 10805

Villanella, Joseph                  1986                    $   8,183
16 Spruce St.
Ridgefield Pk, NJ 07660

Ynostroza, Roger.                         1986             $   6,083
134 Legion Pl
Hillsdale, NJ 07642


**Page 3 sub-total**                                       **$21,095**

**Pages 1-3 Grand-Total**                                  **$443,932**

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**      **04-25-2006**
**140 WEST ENGLEWOOD AVENUE, TENANTS IN COMMON (06)**

| | | |
|---|---|---|
| Donald Bunda<br>170 Walthery Ave.<br>Ridgewood, NJ 07450 | 1997 | $ 24,167 |
| Benjamin & Martha Carosella<br>279 West Place<br>Washington Township, NJ 07675 | 1997 | $ 19,641 |
| Frances M. Casey<br>53 Grist Mill Lane<br>Upper Saddle River<br>NJ 07458 | 1997 | $105,200 |
| Jennifer Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | 1997 | $ 24,167 |
| Andre & Gwen Ouellette<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | 1997 | $ 28,500 |
| Robert Zurlo<br>1029 Via De La Paz #223<br>Pacific Palisades, CA 90272 | 1997 | $ 28,556 |

**Page 1 Grand Total**                          **$230,231**

BankCh7SchedF140WeaTic.Doc                                    1

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**      **04-25-2006**

### 215 HICKORY AVENUE ASSOCIATES, TENANTS IN COMMON (01)

Frances Deegan                                        $150,000
732 Beaver Dam Rd.
East Berne, NY 12059

Michael R. Casey

    **Page 1 Grand Total**                    **$150,000**

Deed recorded in the name of Frances Deegan only.
Joint Venture Agreement states a 50%/50% ownership with Michael Casey.
Executed Agreement is Missing.

BankCh7SchedF215HaaTic.Doc                                      1

**MICHAEL R. CASEY**            **CASE NO, 06-13504 (DHS)**        **04-25-2006**
**295 SPRING VALLEY ROAD, TENANTS IN COMMON (09)**

| | |
|---|---|
| Frances Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | $ 73,725 |
| Irving Gerber<br>20 Cottage PL<br>Upper Saddle River, NJ 07458 | $ 21,128 |
| Maureen Gerber<br>20 Cottage PL<br>Upper Saddle River, NJ 07458 | $ 21,128 |
| Alan Marcus<br>113 Orchard Park<br>Allendale, NJ 07401 | $ 38,653 |
| Roy McGeady<br>249 Vista View Dr.<br>Mahwah, NJ 07430 | $ 77,307 |
| Blase Sacus<br>689 Alexander Ct.<br>Rivervale, NJ 07675 | $ 36,607 |
| Patricia Sacus<br>689 Alexander Ct.<br>Rivervale, NJ 07675 | $ 36,606 |
| Samuel Sacus<br>614 South Oakwood<br>Beckley, WV 25801 | $ 36,607 |
| Donald Sartor<br>11 Roberts Rd.<br>Montvale, NJ 07645 | $  38,654 |

**Page 1 Grand Total**                              **$380,415**

Building is being sold for $775,000 with a mortgage of about $600,000.  If net proceeds do not cover the initial investment or if the net proceeds are distributed to more than the owners of this building the shortage could be a potential liability for me.

BankCh7SchedF295SvrTic.Doc                                                    1

**MICHAEL R. CASEY            CASE NO, 06-13504 (DHS)       04-25-2006**
**300 EAST HOMESTEAD AVE, MICHAEL R. CASEY (04)**
**UNITS B-5, B-6, G-3, G-9, G-10**
**SOLD JANUARY 1, 2004 TO THE TENANTS IN COMMON LISTED BELOW**

| | | |
|---|---|---|
| James & Adele Fitzgerald<br>5 Seneca Trail<br>Randolph, NJ 07869 | 01-01-04<br>$50,000 | $50,000 |
| Herbert & Hughette Freitag<br>24 Schumacher Ave.<br>Hillsdale, NJ 07642 | 01-01-04<br>$100,000 | $100,000 |
| Mark Sandlow<br>1835 Johnston St. Apt 116<br>Philadelphia, PA 19145 | 01-01-04<br>$50,000 | $50,000 |
| Susan Stecewicz<br>244 Buena Vista Dr.<br>Ringwood, NJ 07456 | 01-01-04<br>$100,000 | $100,000 |

**Page 1 Grand Total**                                        **$300,000**

These units were sold to the Tenants In Common above on January 1, 2004 for $415,000 with cash of $300,000.

The mortgages on each of the apartment units, amounting to about $62,000 each, are still in the names of Michael Casey and Frances Casey. Title was changed and a deed was filed to record the transfer of my interests. My wife's interests was to be transferred when the mortgage debt has been extinguished,

Judge Klein of the Chancery Court in Essex County decided that the sale was to be frozen retroactively, since an Order to freeze the property was incurred on February 10, 2004. The State of New Jersey was told of the pending transaction.

.

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**       **04-25-2006**
**300 EAST HOMESTEAD AVE., TENANTS IN COMMON (06)**

| | | |
|---|---|---|
| Donald Bunda<br>170 Walthery Ave.<br>Ridgewood, NJ 07450 | 1997 | $ 51,664 |
| Benjamin & Martha Carosella<br>279 W. Place<br>Washington Township, NJ 07675 | 1997 | $ 45,718 |
| Frances M. Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | 1997 | $263,000 |
| Jennifer Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | 1997 | $ 54,241 |
| Andre & Gwen Ouellette<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | 1997 | $ 71,250 |
| Robert Zurlo<br>1029 Via De La Paz #223<br>Pacific Palisades, CA 90272 | 1997 | $ 71,062 |

**Page 1 Grand Total**                          **$556,935**

BankCh7SchedF300EhaTic.Doc                                    1

**MICHAEL R. CASEY          CASE NO, 06-13504 (DHS)     04-25-2006**
**329 ESSEX STREET, TENANTS IN COMMON (06)**

| | |
|---|---|
| Leo & Gladys Bennett<br>10W. Crescent Ave<br>Allendale, NJ 07401 | $119,196 |
| Frances Casey<br>53 Grist Mill Lane<br>Upper Saddle River, NJ 07458 | $ 35,058 |
| Anne Marie Murray<br>80 Eastview Ave.<br>Mahwah, NJ 07430 | $ 35,058 |
| Anne Marie Murray<br>80 Eastview Ave.<br>Mahwah, NJ 07430 | $ 35,058 |
| Edna Smith<br>44 Garret Place<br>Midland Park, NJ 07432 | $119,196 |
| Donald Sartor Trust<br>11 Roberts Rd.<br>Montvale, NJ 07645 | $  42,070 |
| **Page 1 Grand Total** | **$385,636** |

This building was sold to the Tenants In Common above by Joseph Deegan and Celia Deegan, Husband and Wife in October and November 2001.  Litigation was pursued and the building was sold to a third independent party.

The proceed of the sale have been placed in an attorney trust account pending the outcome of litigation.  The proceeds have been determined to be allocated $135,000 to Joseph Deegan and $135,000 to the Tenants In Common.

If the net proceeds from the sale are not sufficient to pay the entire amounts due the Tenants In Common, I could be held liable for the shortage.

| **MICHAEL R. CASEY** | **CASE NO. 06-13504 (DHS)** | **04-25-2006** |
|---|---|---|
| **DMC PROPERTIES, LIMITED, N.J.L.P. (21)** | | |

| | |
|---|---|
| Affleck, Millard & Roseann<br>4135 Long Shore Ave.<br>Philadeplphia, PA 19135 | $  12,860 |
| Bateman, Russell (IRA)<br>RR2 Box 241A<br>Waymart, PA 18472 | $   2,551 |
| Casey, Dennis (IRA)<br>43 Howard Ave.<br>White Plains, NY 10605 | $   2,580 |
| Cicali, Barbara (IRA)<br>4014 Cedar Lane<br>Drexell Hill, PA 19026 | $      809 |
| Cicali, Nicholas (IRA)<br>4014 Cedar Lane<br>Drexell Hill, PA 19026 | $      807 |
| Fitzgerald, Adele (IRA)<br>5 Seneca Trail<br>Randolph, NJ 07869 | $   1,036 |
| Fitzgerald, James<br>5 Seneca Trail<br>Randolph, NJ 07869 | $   7,895 |
| Fitzgerald, James (IRA)<br>5 Seneca Trail<br>Randolph, NJ 07869 | $   1,035 |
| Fitzpatrick, James<br>252 Bearfort Rd.<br>West Milford, NJ 07480 | $   2,052 |
| Fitzpatrick, James<br>252 Bearfort Rd.<br>West Milford, NJ 07480 | $   1,073 |
| Hill, John<br>6403 Red Cedar Dr.<br>Wilmington, NC 28405 | $   8,797 |
| **Page 1 sub -total** | **$41,495** |

| | |
|---|---|
| Hill, Mary (IRA)<br>6403 Red Cedar Dr.<br>Wilmington, NC 28405 | $ 18,374 |
| Lazzari, Steven (IRA)<br>8 Brentwood Dr.<br>Morris Plains, NJ 07950 | $   1,413 |
| Mahoney, Thomas<br>20 Oak Grove Rd.<br>South Hampton, NY 11968 | $ 40,591 |
| Moroney, Thomas<br>1240 E. Century Ave<br>Gilbert, AZ 85296 | $   2,864 |
| Scirri, Stefani<br>126 Franklin Ave 6A<br>New Rochelle, NY 10805 | $   6,976 |
| Shaw, Gerard (IRA)<br>Rd #2, Box 8841<br>Raymond Skill Rd.<br>Milford, NJ 18337 | $ 20,709 |
| Watson, Keith<br>1580 Metropolitan Ave<br>Bronx, NY 10462 | $   5,743 |
| Wendling, Frank<br>17 Stanley St.<br>Dumont, NJ 07628 | $   5,136 |
| Wylie, Dorothy (IRA)<br>265 Main St. #315<br>Ridgefield Pk., NJ 07660 | $   2,052 |
| Yee, Marilyn<br>12A Valentine Ave 1A<br>Glen Cove, NY 11542 | $   5,159 |

| | |
|---|---|
| **Page 2 sub -total** | **$109,017** |
| **Pages 1-2 Grand-Total** | **$150,512** |

| MICHAEL R. CASEY | CASE NO, 06-13504 (DHS) | 04-25-2006 |
|---|---|---|
| JFC LIMITED, N.J.L.P. | (11) | |

| | | |
|---|---|---|
| Anzano, Octavius<br>73 Morrison St.<br>Teaneck, NJ 07666 | 1986 | $ 19,700 |
| Borsy, George<br>230-15 58th Rd.<br>Bayside, NY 11364 | 1986 | $ 39,618 |
| Casey, Dennis<br>43 Howard Ave.<br>White Plains, NY 10605 | | $ 28,158 |
| Feldman, Robert<br>880 Cold Harbor Dr.<br>Roswell, GA 30074 | | $ 11,567 |
| Fitzgerald, James<br>5 Seneca Trail<br>Randolph, NJ 08769 | | $ 16,510 |
| Fitzpatrick, Daniel<br>5 Appletree Way<br>Long Valley, NJ 07853 | | $ 11,896 |
| Gurney, Kathlyn<br>231 Youngs Rd.<br>Mahwah, NJ 07430 | | $ 31,663 |
| Mahoney, Thomas<br>20 Oak Grove Rd.<br>S. Hampton, NY 11968 | | $ 63,094 |
| Scheidt, Roxanne<br>70 Strawberry Hill Ave 2E<br>Stamford, CT 06902 | | $   7,920 |
| Van Dyk, George<br>102 Graham Ave<br>North Haledon, NJ 07508 | | $ 73,190 |
| Ynostroza, Roger<br>134 Legion Pl.<br>Hillsdale, NJ 07642 | | $   7,923 |
| **Page 1 Grand Total** | | **$311,239** |

| **MICHAEL R. CASEY** | **CASE NO, 06-13504 (DHS)** | | **04-25-2006** |
|---|---|---|---|
| **MIDAS WORKING CAPITAL FUND, G.P.** | | **(35)** | |

| | | |
|---|---|---|
| Ray & Nancy McGeady<br>249 Vista View Drive<br>Mahwah, NJ 07430 | $ | 770,642 |
| Millard Affleck<br>4135 Longshore Ave.<br>Philadelphia, PA 19135 | $ | 30,000 |
| Mary Ansbro<br>720 Beaver Dam Rd.<br>East Berne, NY 12059 | $ | 50,958 |
| Charles M. Barton<br>25 Prospect Ave.<br>Haworth, NJ 07641 | $ | 29,646 |
| Charles M. Barton<br>25 Prospect Ave.<br>Haworth, NJ 07641 | $ | 38,678 |
| Leo & Gladys Bennett<br>10 West Crescent Ave.<br>Allendale, NJ 07401 | $ | 2,683 |
| Barbara DonLeavy<br>617 Stanley Place<br>Rivervale, NJ 07675 | $ | 52,425 |
| Margaret DonLeavy<br>617 Stanley Place<br>Rivervale, NJ 07675 | $ | 85,129 |
| Thomas P. & Mariann E. Durkin<br>1 Olney Rd.<br>Mahwah, NJ 07430 | $ | 131,599 |
| Mariann E. Durkin<br>1 Olney Rd.<br>Mahwah, NJ 07430 | $ | 39,677 |
| Thomas Durkin<br>1 Olney Rd.<br>Mahwah, NJ 07430 | $ | 148,416 |
| **Page 1 sub-total** | | **$1,379,853** |

Donald M. Frangipane
124 Sylvan St.
Rutherford, NJ 07071

$      5,757

Maria Frangipane
339 Skyline Drive
Ringwood, NJ 07456

$     28,691

Michael & Ida Frangipane
1807 Beacon Lane
Point Pleasant Beach, NJ 08742

$    102,519

Anthony & Valerie Jannicelli
245 Cambridge Rd.
Hillsdale, NJ 07642

$    105,446

Donna A. Lampe
218 Broughton Ave.
Bloomfield, NJ 07003

$    118,852

James & Rose Lyons
234 Everdale Ave
Hillsdale, NJ 07642

$     56,448

Roy McGeady
249 Vista View Drive
Mahwah, NJ 07430

$  869,275

Joseph & Marie Morrone
42 Patmore Rd.
Brick, NJ 08724

$     23,346

Anna Murray
54 Sunset Court
Mahwah, NJ 07430

$    144,141

Donald Sartor
11 Roberts Rd.
Montvale, NJ 07645

$    197,929

Gerard Shaw
105 Cobb Rd.
Milford, PA 18337

$     83,725

**Page 2 sub-total**

**$1,736,129**

| | | |
|---|---|---|
| Donald Smith<br>43611 Tirano Dr.<br>Temecula, CA. 92592 | $ | 2,787 |
| Ruth A. Smith<br>43611 Tirano Dr.<br>Temecula, CA. 92592 | $ | 2,798 |
| Samara A. Smith<br>43611 Tirano Dr.<br>Temecula, CA. 92592 | $ | 19,613 |
| Carol J. Stecewicz<br>11 Highfield Lane<br>Nutley, NJ 07110 | $ | 37,233 |
| Susan T. Stecewicz<br>244 Buene Vista Dr.<br>Ringwood, NJ 07456 | $ | 77,975 |
| Susan T. Stecewicz<br>244 Buene Vista Dr.<br>Ringwood, NJ 07456 | $ | 16,239 |
| Joseph T. Villanella / Frances Fucci<br>16 Spruce St.<br>Ridgefield Park, NJ 07660 | $ | 4,345 |
| Charles & Maryann Hannemann<br>50 Old Pascack Rd.<br>Pearl River, NY 10965 | $ | 26,392 |
| Ryan Trust F/B/O Teresa Hannemann<br>59 Old Pascack Rd.<br>Pearl River, NJ 10965 | $ | 28,565 |
| Ryan Trust F/B/O Teresa Hannemann<br>59 Old Pascack Rd.<br>Pearl River, NJ 10965 | $ | 28,565 |
| Joan Richardson<br>265 Washington Ave.<br>Hillsdale, NJ 07642 | $ | 19,167 |
| **Page 3 sub-total** | **$** | **263,679** |

Gerard & Norma Shaw                                          $      49,835
105 Cobb Rd.
Milford, PA 18337

George Van Dyke Jr.                                          $      39,947
29 Copley Ct.
North Haledon, NJ07508

**Page 4 sub-total**                                         $      **89,782**

**Pages 1-4 Grand Total**                                    **$3,469,443**

| MICHAEL R. CASEY | CASE NO, 06-13504 (DHS) | 04-25-2006 |
|---|---|---|

**MIDAS NO LOAD FUNDS, INC (38)**

| | |
|---|---|
| Millard Affleck<br>4135 Longshore Ave.<br>Philadelphia, PA 19135 | $ 36,676 |
| Gladys Bennett<br>10 West Crescent Ave<br>Allendale, NJ 07401 | $ 21,781 |
| Leo Bennett<br>10 West Crescent Ave<br>Allendale, NJ 07401 | $ 74,037 |
| Frances M. Casey<br>53 Grist Mill Lane<br>Upper Saddle River<br>NJ 07458 | $    3,121 |
| Mary Casey<br>4570 Zion St. Apt. C12<br>San Diego, CA 92120 | $ 34,950 |
| Michael R. Casey<br>53 Grist Mill Lane<br>Upper Saddle River<br>NJ 07458 | $    3,144 |
| Peter Conlon<br>520 Baygall Rd.<br>Halley Springs, NC | $    1,776 |
| Celia Deegan<br>10308Summer River Ave.<br>Las Vegas, NV<br>89144 | $ 38,974 |
| Frances Deegan<br>732 Beaver Dam Rd.<br>East Berne, NY<br>12059 | $ 29,590 |
| Patricia B. Demilia<br>16 Cider Hill<br>Upper Saddle River, NJ 07458 | $  15,004 |
| **Page 1 sub-total** | **$259,053** |

Barbara DonLeavy                                                $   3,736
617 Stanley Place
Rivervale, NJ 07675

Margaret DonLeavy                                              $194,083
617 Stanley Place
Rivervale, NJ 07675

Janet Fairbanks                                                $  55,965
28 Prospect Ave.
Haworth, NJ 07641

Maria Frangipane                                              $101,119
339 Skyline Lake DR.
Ringwood, NJ 07456

Robert Frueh                                                  $  52,291
2 Erold Court
Allendale, NJ 07401

Roy Mcgeady                                                   $  71,175
249 Vista View Drive
Mahwah, New Jersey 07430

Marie Mostardo Morrone                                       $  71,898
42 Patmore Rd.
Brick, NJ 08724

Anna Murray                                                  $  29,793
54 Sunset Court
Mahwah, NJ 07430

Patrick Murray                                               $  31,933
54 Sunset Court
Mahwah, NJ 07430

Andre Ouellette                                              $  34,408
3365 Round Hill Rd
Somerville, NJ 08876
Gwen Ouellette                                               $  25,482
3365 Round Hill Rd
Somerville, NJ 08876
John Richardson                                              $  20,743
265 Washington Ave.
Hillsdale, NJ 07462
**Page 2 sub-total**                                         **$692,626**

| | |
|---|---|
| Thomas Romans<br>316 Killington Way<br>Orlando, Fl 32835 | $   5,749 |
| Mark Sandlow<br>1835 Johnston St. Apt 116<br>Philadelphia, PA 19145 | $ 29,174 |
| Donald Sartor – Trust (Mark Sartor Beneficiary)<br>11 Roberts Rd.<br>Montvale, NJ 07645 | $ 86,633 |
| Donald Sartor – Trust (Maria Miller Beneficiary)<br>11 Roberts Rd.<br>Montvale, NJ 07645 | $ 86,633 |
| Donald Sartor – Trust (Kathleen Valentine Beneficiary)<br>11 Roberts Rd.<br>Montvale, NJ 07645 | $ 86,633 |
| Norma Shaw<br>105 Cobb Rd.<br>Milford, PA 18337 | $ 29,136 |
| Edna W. Smith<br>44 Garrett Place<br>Midland Park, NJ 07432 | $119,262 |
| Edna W. Smith<br>44 Garrett Place<br>Midland Park, NJ 07432 | $162,218 |
| Susan T. Stecewicz<br>244 Buena Vista Dr.<br>Ringwood, NJ 07456 | $ 23,218 |
| Aista Sullivan<br>28 Pilgrims Progress Rd.<br>Rhinebeck, NY 12572 | $   4,609 |
| Brendan Sullivan<br>28 Pilgrims Progress Rd.<br>Rhinebeck, NY 12572 | $196,833 |
| **Page 3 sub-total** | **$830,098** |

Marilynn Yee                                      $  18,185
3 Magnolia PL.
Glen Head, NY 11545

Judith Ynostroza                                  $  19,309
134 Legion Pl
Hillsdale, NJ 07642

Judith Ynostroza                                  $  67,466
134 Legion Pl
Hillsdale, NJ 07642

Jonathon D. Zeller                                $  50,599
2285 Schlosser Rd.
Harleysville, PA 19438

**Page 4 sub-total**                              **$155,559**

**Pages 1-4 Grand-Total**                         **$1,937,336**

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**          **04-25-2006**
**MIDAS INVESTMENT FUNDS, INC          (12)**

| | |
|---|---|
| IRA F/B/O Frances Coleman<br>44 Elinore Rd.<br>Manchester, NJ 08733 | $ 32,600 |
| Charles & Maryann Hanneman<br>59 Old Pascack Rd.<br>Pearl River, NJ 10965 | $ 21,811 |
| Teresa Hanneman F/B/O Ryan Trust<br>59 Old Pascack Rd.<br>Pearl River, NY 10965 | $ 23,608 |
| Terrance Hanneman F/B/O Ryan Trust<br>59 Old Pascack Rd.<br>Pearl River, NY 10965 | $ 23,608 |
| IRA F/B/O, Edmund G. Keller<br>10 Kingsberry Ave.<br>Westwood, NJ 07675 | $ 21,434 |
| IRA F/B/O/ Robert Meerendonk<br>54 Van Winkle Ave.<br>Garfield, NJ 07026 | $ 20,413 |
| IRA F/B/O John Richardson<br>265 Washington Ave.<br>Hillsdale NJ 07642 | $ 30,132 |
| Joan Richardson<br>265 Washington Ave.<br>Hillsdale, NJ 07642 | $ 14,188 |
| Gerald & Norma Shaw<br>Rd 2 Box 9941<br>Raymond Skill Rd.<br>Milford, PA 18337 | $ 41,184 |
| George Van Dyke Jr.<br>29 Copley Ct.<br>North Haledon, NJ 07508 | $ 33,013 |

**Page 1 sub-total**                                          **$261,991**

IRA F/B/O Marilyn Yee                                      $ 23,707
3 Magnolia Place
Glen Head, NY 11545


IRA F/B/O Jonathan D. Zeller                               $ 23,804
2285 Schlosser Rd.
Harleysville, PA 19438

**Page 2 sub-total**                                       **$ 47,511**

**Pages 1-2 Grand-Total**                                  **$309,502**

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**        **04-25-2006**
**MIDAS SECURITIES INVESTORS 1, L.P.**              **(9)**

| | |
|---|---|
| Octavius Anzano<br>151 Prospect St. 8F<br>Hackensack, NJ 07601 | $   2,115 |
| John J. Coleman<br>44 Eleanor Rd.<br>Manchester, NJ 08733 | $ 38,793 |
| Richard J. Lloyd<br>621 Jordan Circle<br>Whitehall, PA 18152 | $ 11,551 |
| Frances Coleman<br>44 Eleanor Rd.<br>Manchester, NJ 08733 | $ 39,448 |
| Edmund G. Keller<br>10 Kingsberry Ave.<br>Westwood, NJ 07675 | $ 22,643 |
| Robert Meerendonk<br>54 Van Winkle Ave<br>Garfield, NJ 07026 | $ 22,721 |
| John Richardson<br>265 Washington Ave.<br>Hillsdale, NJ 07642 | $ 29,977 |
| Marilyn Yee<br>3 Magnolia Place<br>Glen Head, NY 11545 | $ 29,687 |
| Jonathan D. Zeller<br>2285 Schlosser Rd.<br>Harleysville, PA 19438 | $  28,804 |

**Page 1 Grand-Total**                        **$225,739**

**MICHAEL R. CASEY          CASE NO, 06-13504 (DHS)        04-25-2006**
**MIDAS SECURITY INVESTORS OF NEW JERSEY, GP            (12)**

| | |
|---|---|
| Alpert, Steven & Karin<br>278 S. Greenbush Rd.<br>Blauvelt, NY 10913 | $    9,376 |
| Anzano, Octavius & Mary Jane<br>151 Prospect St. 8F<br>Hackensack, NJ 07601 | $  30,455 |
| Bennett,Leo & Gladys<br>10 W. Crescent Ave.<br>Allendale, NJ 07401 | $  53, 063 |
| Carosella,Benjamin & Martha<br>279 West Place<br>Washington Township, NJ 07676 | $  10,000 |
| Casey, Mary<br>4570 Zion Ave Apt C12<br>San Diego, CA 92120 | $  10,077 |
| Deegan, Frances<br>732 Beaver Dam Rd.<br>East Berne, NY 12059 | $  20,559 |
| Feldman, Robert L. & Elaine J.<br>880 Cold Harbor Dr.<br>Roswell, GA 30074 | $  43,714 |
| Ouellette,Andre & Gwen<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | $  68,516 |
| Ouellette,Gwen<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | $  75,364 |
| Shaw, Gerard<br>10S Cobb Rd.<br>Milford, PA 18337 | $  46,463 |

**Page1 sub-total**                                **$367,587**

BankCh7SchedFMSinj.Doc                                                        1

| | |
|---|---|
| Maryann Van Dyk,<br>29 Copley Court<br>North Haledon, NJ 07508 | $ 42,242 |
| Villanella, Joseph T. / Frances Fucci,<br>16 Spruce Street<br>Ridgefield Park, NJ 07660 | $116,630 |
| **Page 2 sub-total** | **$158,872** |
| **Pages 1-2 Grand-Total** | **$526,459** |

**MICHAEL R. CASEY**          **CASE NO, 06-13504 (DHS)**          **04-25-2006**

**MIDAS WANTAGE TOWNSHIP, L.P. (16)**

| | |
|---|---|
| Affleck, Millard<br>4135 Longshore Dr.<br>Philadelphia, PA 19135 | $  96,396 |
| Anzano, Octavius<br>151 Prospect St. 8F<br>Hackensack, NJ 07601 | $  25,000 |
| Bateman, Ernest<br>8 Pheasant Hill Dr.<br>Enfield, Ct 06082 | $  16,807 |
| Dimodugno, Mario<br>11 Randolf Pl.<br>Ridgewood, NJ 07450 | $  25,000 |
| Feldman, Robert L.<br>880 Cold Harbor Dr.<br>Roswell, GA 30074 | $  20,000 |
| Gibsons Natural Living,<br>5109 Stonewood Dr.<br>Riverside, CA      92506 | $  58,754 |
| Hurm, Jerry<br>457 W. Saddle River Rd.<br>Upper Saddle River, NJ 07458 | $  25,000 |
| McNerney, Charles & Christina<br>46 Ridge Rd.<br>Harrington Park, NJ 07640 | $  25,000 |
| Micelli, Ned (RAI)<br>2465 Crown Land Lane<br>Cutchogue, NY 11935-1211 | $  30,000 |
| Midas Realty Development.<br>295 Spring Valley Rd.<br>Park Ridge, NJ 07656 | $    1,000 |
| Page, Jonathon Ray<br>36 Sturbridge Dr.<br>Upper Saddle River, NJ 07458 | $   10,000 |
| **Page 1 sub-total** | **$332,957** |

| | |
|---|---|
| Roseme, Thomas (RAI)<br>65 Park Timbers Dr.<br>New Orleans, LA 70131 | $ 28,253 |
| Rowley, Franklin Ward<br>PO Box 1015<br>New London, NH 03257 | $ 20,000 |
| Rudd, William<br>20,000<br>588 Fifth Ave.<br>River Edge, NJ 07661 | $ |
| Shaw, Gerard C<br>105 Cobb Rd. 18337<br>Milford, Penn. 18337 | $ 50,000 |
| Van Dyke Jr., George D.<br>29 Copley Ct.<br>North Haledon, NJ 07508 | $ 25,000 |

**Page 2 sub-total**                  **$143,253**

**Pages 1-2 Grand-Total**        **$476,210**

Form B6G
(10/05)

In re _MICHAEL R. CASEY,_
_____
Debtor

Case No. _06 - 13504 (DHS)_
(if known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.          _NONE_

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Form B6H
(10/05)

In re _MICHAEL R. CASEY,_   Case No. _06-13504 (DHS)_
  Debtor                                      (if known)

## SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by
debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state,
commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or
Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any
former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the
nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate
that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.      NONE

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(10/05)

In re _MICHAEL A. CASEY,_
_____Debtor_____

Case No._06-13504 (DHS)_
(if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | |
| | | AGE: |
| Employment: Occupation | DEBTOR | SPOUSE |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |
| | | |
| | | |

INCOME: (Estimate of average monthly income)        DEBTOR        SPOUSE

1. Current monthly gross wages, salary, and commissions    $_____    $_____
    (Prorate if not paid monthly.)
2. Estimate monthly overtime    $_____    $_____

3. SUBTOTAL    $_____    $_____

4. LESS PAYROLL DEDUCTIONS
    a. Payroll taxes and social security    $_____    $_____
    b. Insurance    $_____    $_____
    c. Union dues    $_____    $_____
    d. Other (Specify): _____    $_____    $_____

5. SUBTOTAL OF PAYROLL DEDUCTIONS    $_____    $_____

6. TOTAL NET MONTHLY TAKE HOME PAY    $_____    $_____

7. Regular income from operation of business or profession or farm.    $_____    $_____
    (Attach detailed statement)
8. Income from real property    $_____    $_____
9. Interest and dividends    $_____    $_____
10. Alimony, maintenance or support payments payable to the debtor for    $_____    $_____
    the debtor's use or that of dependents listed above.
11. Social security or government assistance
    (Specify):_____
12. Pension or retirement income    $_____    $_____
13. Other monthly income    $_____    $_____
    (Specify): _FROM RECEIVER_    $ _1500_    $ _1500_
    _LOWENSTEIN + SANDLER ESQ_

14. SUBTOTAL OF LINES 7 THROUGH 13
15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14)    $ _1500_    $ _1500_

16. TOTAL COMBINED MONTHLY INCOME:    $ _3,000_

(Report also on Summary of Schedules.)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_____

_____

Form B6J
(10/05)

In re _MICHAEL A. CASEY,_
     Debtor

Case No. _06-13504 (DHS)_
     (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)    $ _____
    a. Are real estate taxes included?    Yes _____ No _____
    b. Is property insurance included?    Yes _____ No _____
2. Utilities: a. Electricity and heating fuel    $ _600_
    b. Water and sewer    $ _____
    c. Telephone    $ _400_
    d. Other _____    $ _____
3. Home maintenance (repairs and upkeep)    $ _____
4. Food    $ _800_
5. Clothing    $ _____
6. Laundry and dry cleaning    $ _____
7. Medical and dental expenses    $ _____
8. Transportation (not including car payments)    $ _10_
9. Recreation, clubs and entertainment, newspapers, magazines, etc.    $ _200_
10. Charitable contributions    $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)    $ _____
    a. Homeowner's or renter's    $ _____
    b. Life    $ _____
    c. Health    $ _700_
    d. Auto    $ _200_
    e. Other _____    $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
(Specify) _____    $ _____
13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)
    a. Auto    $ _____
    b. Other _____    $ _____
    c. Other _____    $ _____
14. Alimony, maintenance, and support paid to others    $ _____
15. Payments for support of additional dependents not living at your home    $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)    $ _____
17. Other _____    $ _____
18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)    $ _3 000_
19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME
    a. Total monthly income from Line 16 of Schedule I    $ _3 000_
    b. Total monthly expenses from Line 18 above    $ _3 000_
    c. Monthly net income (a. minus b.)    $ _0_

Official Form 7
(10/05)

# UNITED STATES BANKRUPTCY COURT

_____ DISTRICT OF *NEW JERSEY*

In re: *MICHAEL R. CASEY*          Case No. *06 - 13504 (DHS)*
           Debtor                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None." If** additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1.  Income from employment or operation of business**



State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

              AMOUNT                                          SOURCE

2

**2.   Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

$ 26,980    4-Y3 - 05    4-Y3-06
$ 31,3Y0    4-Y3 - 04    4-Y3 -05
COURT APPROVED RECEIVER DISBURSEMENTS

**3.   Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None
☐

a. *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as  part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90** days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☒

c. *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

3

 a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| | | | |

 b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| VARIOUS CLIENTS HARVEY V. CASE, ETAL | 2-19-04 | $1 MILLION + |

### 5. Repossessions, foreclosures and returns

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| | | |

### 6. Assignments and receiverships

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|
| | | |

4

None
☐    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE Of PROPERTY |
| --- | --- | --- | --- |

¶

---

### 7. Gifts


None

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

---

### 8. Losses


None

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

---

### 9. Payments related to debt counseling or bankruptcy


None

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

---

### 10. Other transfers

5



a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|



b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**



List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**



List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

6

 List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.   Property held for another person

 List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15.   Prior address of debtor

 If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

 If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.


None

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|


None

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|


None

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity  securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

8

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|



b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements



a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                      DATES SERVICES RENDERED



b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                      ADDRESS

9



d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                    DATE ISSUED

---

**20. Inventories**



a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

---



b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
|---|---|
| DATE OF INVENTORY | OF INVENTORY RECORDS |

---

**21 . Current Partners, Officers, Directors and Shareholders**



a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

---



b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

---

**22`. Former partners, officers, directors and shareholders**

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                        ADDRESS                DATE OF WITHDRAWAL



b.   If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                    DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**



If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS                                          AMOUNT OF MONEY
OF RECIPIENT,                    DATE AND PURPOSE        OR DESCRIPTION
RELATIONSHIP TO DEBTOR           OF WITHDRAWAL           AND VALUE OF PROPERTY

**24. Tax Consolidation Group.**



If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION       TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**



If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND             TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

11

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  *06-01-06*

Signature
of Debtor  *MICHAEL R. CASEY*

Date _____

Signature _____
of Joint Debtor
(if any)

---

*[If completed on behalf of a partnership or corporation]*  *N/A*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____

Signature _____

Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

---

**DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**  *N/A*

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer _____   Social Security No.(Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

Address

X _____

Signature of Bankruptcy Petition Preparer        Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 18 U.S.C. § 156.*

**MICHAEL R. CASEY**          **CASE NO. 06-13504 (DHS)**          **04-25-2006**

## BANKRUPTCY FORM 7
## STATEMENT OF FINANCIAL AFFAIRS
## QUESTIONS 4 - 8

4.a):

| | | | | |
|---|---|---|---|---|
| 1. | Harvey Vs. Casey, et al Docket ESX-C-389-03 | Civil Litigation | Essex County Superior Court Chancery Division | In Progress |
| 2. | Donleavy Vs. Casey et al Docket BER-l-011128-04 | Civil Litigation | Bergen County Superior Court Civil Division | Judgment Against Casey & Others $233,000 & $53,000 |
| 3. | Deegan Vs. Casey & 329 Essex ST. & TIC Docket C-99-03 | Civil Litigation | Bergen County Superior Court Chancery Division | In Progress |
| 4. | Barton Vs. Casey et al | Civil Litigation | N/A | On Hold Pending Harvey |
| 5. | Bunda, Carosella, McGeady, Morrone, Ouellette, Shaw, Zurlo Vs. Casey et al | Civil Litigation | N/A | On Hold Pending Harvey |
| 6. | JVS Landscaping Vs. Casey | Civil Litigation | Bergen County Small Claims Ct. | Judgment Against Casey $1,800 |
| 7). | STF Landscaping Vs. Casey | Civil Litigation | Bergen County Small Claims Ct. | Judgment Against Casey $250 |
| 8. | Legend Landscaping Vs. Casey | Civil Litigation | Bergen County Small Claims Ct. | Judgment Against Casey $800 |
| 9. | Dr. Michael Mentakis Vs. Casey | Civil Litigation | Bergen County Superior Ct. | Judgment Against Casey $7,600 |

BankCh7PetForms7StateOfFinAffairs.Doc

1

**MICHAEL R. CASEY   CASE NO, 06-13504   04-25-2006**
**BANKRUPTCY FORM 7**
**STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 6**

6.b):

| | |
|---|---|
| ZulimaFarber,Esq. | Essex County Sup. Ct |
| Lowenstein Sandler | Chancery Division |
| 65 Livingston Ave. | Harvey Vs. Casey, et al |
| Roseland,NJ 07068 | Docket ESX-C-389-03 |

February19,2004   Description Below

See Schedule A Real Estate Descriptions for more details.

| | | |
|---|---|---|
| 126 Franklin Ave. Apts. TIC | FMV | $3,000,000 |
| | Mortgage | 2,300,000 |
| If Converted to Condominiums | ` | 3,500,000 |
| | Net Cash | $4,700,000 |

| | | |
|---|---|---|
| 300 E. Homestead Ave.  Casey to Tenants In Common | FMV | $   415.000 |
| 2 Condo Apts. & 3 Condo Apts. | Mortgage | 124,000 |
| | Net Cash | 291,000 |

| | | |
|---|---|---|
| 140 W. Englewood Ave., Teaneck, NJ | | |
| 1 Condo Apt. | FMV | $    90,000 |
| 300 E. Homestead Ave., Palisades Park, NJ | | |
| 4 Condo Apts. | FMV | 600,000 |
| 1266 Teaneck Rd., Teaneck, NJ | | |
| 2 Condo Apts. | FMV | 180,000 |
| | Mortgage | 44,000 |
| | Net Cash | $   826,000 |

| | | |
|---|---|---|
| 295 Spring Valley Rd., Park Ridge, NJ | FMV | $ 825,000 |
| Office Building 2 Story 3,375 Square Feet | Mortgage | 575,000 |
| | Net Cash | $   250,000 |

| | | |
|---|---|---|
| 53 Grist Mill Lane, Upper Saddle River, NJ | FMV | $ 900,000 |
| Principal Residence of Frances & Michael Casey | Mortgages | 750,000 |
| | Net Cash | $   150,000 |

**MICHAEL R. CASEY**       **CASE NO, 06-13504**       **04-25-2006**
## BANKRUPTCY FORM 7
## STATEMENT OF FINANCIAL AFFAIRS
## QUESTION 18

18)
Address for all entities was 295 Spring Valley Rd., Park Ridge, NJ.
All Business stopped on February 19, 2004.


## COMPANY NAMES, ADDRESSES, DESCRIPTIONS, GENL LEDGER & COMPANY CODES

Line 1      -- Owner's Name
Line 2 & 3 -- Entity Address
Line 4 & 5 -- Entity Description
Line 6      -- General Ledger Account Number & Company Code
Line 7      -- Federal Identification Numbers


## INDIVIDUALLY OWNED REAL ESTATE:

1 Frances M. Casey Michael R. Casey
2 53 Grist Mill Lane
3 Upper Saddle River, NJ 07458
4 Single Family Principal Residence House
5 Co-ownership
6 GL No.  418     (53 GML)                    ACQUIRED IN AUGUST, 1986
7

1 Frances M. Casey  32 Cove Point Road
3 Toms River, NJ 08753
4 Single Family Vacation House
5 Individual Ownership Frances Casey
6 GL NO.  417     (32CPR)                     ACQUIRED IN 1991
7

1 Michael R. Casey & Frances M. Casey
2 300 East Homestead Ave., Unit B-5
3 Palisade Park, NJ 07650
4 Single Condo Apartment
5 Co-ownership
6 GL No.  None Yet
7               SOLD 01-01-2004              ACQUIRED IN 1997 FROM JFC LTD

1 Michael R. Casey
2 300 East Homestead Ave., Unit B-6
3 Palisade Park, NJ 07650
4 Single Condo Apartment
5 Co-ownership
6 GL No.  None Yet
7               SOLD 01-01-2004              ACQUIRED IN 1997 FROM JFC LTD

BankCh7PetForms7StateOfFinAffairs.Doc                                        3

## MICHAEL R. CASEY            CASE NO, 06-13504        04-25-2006
## BANKRUPTCY FORM 7    -        STATEMENT OF FINANCIAL AFFAIRS
## QUESTION 18

INDIVIDUALLY OWNED REALESTATE:

1  Michael R. Casey
2  300 East Homestead Ave., Units G3, G10 & G12
3  Palisade Park, NJ 07650
4  Single Condo Garages
5  Individual Ownership
6  GL No.  None Yet
7                    SOLD 01-01-2004            ACQUIRED IN 1997 FROM JFC LTD

1  Frances Deegan
2  215 Hickory Ave.
3  Bergenfield, NJ 07632
4  4 Family Rental Apartments
5  Individual Co-Ownership 50/50 with Michael Casey
6  GL No.  445  (215 HA F. DEEGAN)        ACQUIRED IN 1993 FROM JOE PRIMIANO
7
½ HALF OWNERSHIP WITH MICHAEL CASEY.  CANNOT FIND EXECUTED JOINT VENTURE
AGREEMENT.

THE SAME GROUPOF OWNERS OWN THE NEXT THREE PROPERTIES.

1  140 West Englewood Ave. Associates, Tenants In Common
2  140 West Englewood Ave.
3  Teaneck, NJ 07666
4  Six Individual Tenants In Common
5  1 Condo Apartment C7
6  GL No.  404   (140 WEAA TIC)
7                                    ACQUIRED IN 1997 FROM DMC LTD

1  300 East Homestead Ave. Assoc., Tenants In Common
2  300 East Homestead Ave.
3  Palisade Park, NJ 07650
4  4 Condo Apartments A8, B7, C1 & D5
5  Six Individual Tenants In Common
6  GL No.   406  (300 EHAA TIC)
7                                    ACQUIRED IN 1997 FROM JFC LTD

1  1266 Teaneck Road Assoc., Tenants In Common
2  1266 Teaneck Road
3  Teaneck, NJ 07666
4  Six Individual Tenants In Common
5  2 Condo Apartments7 & 10A
6  GL No.   408   (1266 TRA TIC)
7                                    ACQUIRED IN 1997 FROM 1266 TRA, LTD.

**MICHAEL R. CASEY          CASE NO, 06-13504          04-25-2006**
**BANKRUPTCY FORM 7    -    STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 18**

INDIVIDUALLY OWNED REAL ESTATE:

1  126 Franklin Ave. Apartments, Tenants In Common
2  126 Franklin Avenue
3  New Rochelle, NY
4  Nine Individual Tenants In Common
5  44 Unit Elevator Apartment House
6  GL No.    000    (126 FAA TIC)
7                                        ACQUIRED IN 1999 and 2000 FROM 126 FAA, LTD.


1  295 Spring Valley Road Associates, Tenants In Common
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  Nine Individual Tenants In Common
5  3,375 Square Foot two story office building
6  GL No.    000    (295 SVRA TIC)
7                                        ACQUIRED IN 2001 NEW CONSTRUCTION


1  329 Essex Street Associates, Tenants In Common
2  329 Essex Street
3  Hackensack, NJ  07601
4  Five Individual Tenants In Common
5  16 Rental Apartments
6  GL No.    000          SOLD DECEMBER-2004          ACQUIRED    IN    2001    FROM    J&C
DEEGAN
7

**MICHAEL R. CASEY**   **CASE NO. 06-13504**   **04-25-2006**
**BANKRUPTCY FORM 7   -   STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 18**

OPERATING COMPANIES:

1  Midas Realty Corp. of America
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ S Corporation
5  Real Estate Brokerage
6  GL No.  452  (MRCA)
7  22-2720384

1  Michael R. Casey Associates Tax Consultants
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  Sole Proprietorship
5  Tax Preparation & Planning
6  GL No.  440   (MCTC)
7  13-2970722

1  Midas Financial Planners of America, Inc.
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ S Corporation
5  Financial Planning
6  GL No.   448   (MFP)
7  22-2871280

1  Midas Realty Development Corp.
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ S Corporation
5  Real Estate Development
6  GL No.   451  (MRDC)
7  22-2853584

**MICHAEL R. CASEY**          **CASE NO. 06-13504**          **04-25-2006**
**BANKRUPTCY FORM 7   -        STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 18**

NON REAL ESTATE INVESTMENTS:

1  Midas Investment Fund, Inc.
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ S-Corporation
5  Tax Lien Investments, Real  Estate & Working Capital.
6  GL No.     428    (MIFI)
7  22-3111927

1  Midas NO-LOAD Fund, Inc.
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ S-Corporation
5  Mutual Fund Investments & Real  Estate
6  GL No.     449    (MIFI)
7  22-3328067

1  Midas Securities I, LP
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ Limited Partnership
5  Mortgage Funds & Real  Estate
6  GL No.     427    (MSILP)
7  22-2951145

1  Midas Security Investors of New Jersey, GP
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ General Partnership
5  Working Capital Funds General Investments
6  GL No.     426    (SINJ)
7  22-3024333

1  Midas Working Capital Funds, GP
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  NJ General Partnership
5  Working Capital Funds General Investments
6  GL No.     000    (MICAP)
7  22-0000000

**MICHAEL R. CASEY**       **CASE NO. 06-13504**     **04-25-2006**
**BANKRUPTCY FORM 7  -  STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 18**

NON REAL ESTATE INVESTMENTS:

1  Midas Financial Services Group/Special Account And Midas Trading
2  295 Spring Valley Road
3  Park Ridge, NJ 07656
4  Part of MICAP
5   Working Capital Funds General Investments
6   6  GL No.    407   (MICAP)
7  N/A

MICHAEL R. CASEY                    CASE NO. 06-13504        04-25-2006
BANKRUPTCY FORM 7    -        STATEMENT OF FINANCIAL AFFAIRS
QUESTION 18

FORMER ENTITIES DISSOLVED OR BEING DISSOLVED:

1 126 Franklin Ave. Assoc.        SOLD IN 1999 AND 2000 TO 126 FA APTS. TIC
2 126 Franklin Ave.               TO BE DISSOLVED
3 New Rochelle, NY 10805
4 NJ Limited Partnership
5 44 Rental Apartments
6 GL No.   412    (126FAA)
7 22-2656979

1 DMC Properties LTD              SOLD IN 1997 TO 140 WEAA TIC
2 140 West Englewood Ave.         TO BE DISSOLVED
3 Teaneck, NJ 07666
4 NJ Limited Partnership
5 12 Rental Apartments
6 GL No.  414    (DMC LTD)
7 22-2756546

1 JFC LTD                         SOLD IN 1997 TO 300 EHAA TIC
2 300 East Homestead Ave.         TO BE DISSOLVED
3 Palisade Park, NJ 07650
4 19 Rental Condos
5 NJ Limited Partnership
6 GL No.   410    (JFC LTD)
7 22-2601062

1 Real Estate Investments, Inc.   SOLD IN 1993 to Joseph & Celia Deegan
2 329 Essex Street , Joseph Primiano   TO BE DISSOLVED
3 Hackensack, NJ  07601
4 New Jersey S Corporation
5 16 Rental Apartments
6 GL No.   458    (REI)
7 22-3024081

1 1266 Teaneck Road Associated, LTD. SOLD IN 1997 TO 1266 TRA TIC
2 1266 Teaneck Road               TO BE DISSOLVED
3 Teaneck, NJ 07666
4 NJ Limited Partnership
5 17 Rental Condos
6 GL No.   416    (1266TRA)
7 22-2756547

1 Midas Wantage Township LP       SOLD DECEMBER 2005 TO BE DISSOLVED
2 295 Spring Valley Road
3 Park Ridge, NJ 07656
4 NJ Limited Partnership
5 Raw Land (55 acres)
6 GL No.   453    (MWTLP)
7 22-3042388

BankCh7PetForms7StateOfFinAffairs.Doc                                    9

**MICHAEL R. CASEY** **CASE NO. 06-13504**     **04-25-2006**
**BANKRUPTCY FORM 7   -     STATEMENT OF FINANCIAL AFFAIRS**
**QUESTION 19**

19.a)

Employee Bookkeeper,  Lucy Momtcheve, 11 Berkshire Pl., Apt.1, Hackensack, NJ 07601

Independent Bookkeeper, Nitta Nanavati, 72 Delmar Ave., Glen Rock, NJ 07452

Form 8
(10/05)

# United States Bankruptcy Court
### District Of *NEW JERSEY*

In re *MICHAEL R. CASEY*
       Debtor

Case No. *06-13504 (DHS)*
Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

☑ I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.
☐ I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.
☐ I intend to do the following with respect to the property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| | | | | | |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| | | |

Date: *06-01-06*

Signature of Debtor *MICHAEL R. CASEY*

### DECLARATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.

_____
Printed or Typed Name of Bankruptcy Petition Preparer

_____
Social Security No. (Required under 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person or partner who signs this document.*

_____

_____
Address

X_____          _____
Signature of Bankruptcy Petition Preparer          Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

Form 16A
(10/05)

### Form 16A.  CAPTION (FULL)

# United States Bankruptcy Court

_____ District Of _NEW JERSEY_

In re _MICHAEL R. CASEY_____ , )
[Set forth here all names including married,   )
maiden, and trade names used by debtor within   )
last 8 years.]                                   )
                          Debtor                 )   Case No. _06-13504 (DHS)_
                                                 )
                                                 )
Address _53 GRIST MILL LANE_____ )
                                                 )
_UPPER SADDLE RIVER, N.J. 07458_ )   Chapter _____7_____
                                                 )
Last four digits of Social Security No(s).: _0151_   )
_____   )
Employer's Tax Identification No(s). _[if any]:_ _____   )
_____   )

[Designation of Character of Paper]

Form B22A (Chapter 7) (10/05)

In re _Michael R. Casey_
_____
Debtor(s)

Check the box as directed in Parts I, III, and VI of this statement.

☐ **Presumption arises**
☒ **Presumption does not arise**

Case Number: _06-13504 (DHS)_
_____
(If known)

# STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION
## FOR USE IN CHAPTER 7

In addition to Schedules I and J, this statement must be completed by every individual Chapter 7 debtor, whether or not filing jointly, whose debts are primarily consumer debts. Joint debtors may complete one statement only.

| | **Part I. EXCLUSION FOR DISABLED VETERANS** |
|---|---|
| 1 | If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the "Presumption does not arise" box at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>c. ☒ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B (Spouse's Income) for Lines 3-11.**<br>d. ☐ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 0 | $ 0 |
| 4 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary business expenses $ | | |
| | c. Business income  Subtract Line b from Line a | $ 0 | $ 0 |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference on Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | |
| | a. Gross receipts $ | | |
| | b. Ordinary and necessary operating expenses $ | | |
| | c. Rental income  Subtract Line b from Line a | $ 0 | $ 0 |
| 6 | **Interest, dividends, and royalties.** | $ 0 | $ 0 |
| 7 | **Pension and retirement income.** | $ 0 | $ 0 |
| 8 | **Regular contributions to the household expenses of the debtor or the debtor's dependents, including child or spousal support.** Do not include contributions from the debtor's spouse if Column B is completed. | $ 0 | $ 0 |

| 9 | **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: <br><br> Unemployment compensation claimed to be a benefit under the Social Security Act   Debtor $ _____   Spouse $ _____ | $ _0_ | $ _0_ |
|---|---|---|---|
| 10 | **Income from all other sources.** If necessary, list additional sources on a separate page. **Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. <br> a. _LOWENSTEIN SANDLER ESQ_   $ <br> b. _____   $ <br> Total and enter on Line 10 | $ 1,157 | $ 1,157 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B.  Enter the total(s). | $ 1157 | $ 1157 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ 4,314 | |

### Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $ 47,768 |
|---|---|---|
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size.  (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence: _NEW JERSEY_  b. Enter debtor's household size: ___3___ | $ |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br><br> ☒ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. <br><br> ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|---|---|---|
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter the amount of the income listed in Line 11, Column B that was NOT regularly contributed to the household expenses of the debtor or the debtor's dependents.  If you did not check box at Line 2.c, enter zero. | $ |
| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS ALLOWED UNDER § 707(b)(2)

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19 | **National Standards: food, clothing, household supplies, personal care, and miscellaneous.** Enter "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable family size and income level.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| | | |
|---|---|---|
| 20 | **Local Standards: housing and utilities.** Enter the amount of the IRS Housing and Utilities Standards allowance for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court), adjusted to deduct any portion of the allowance that includes payments on debts secured by your home, listed in Line 41.   **(Under revision)** | $ |
| 21 | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0   ☐ 1   ☐ 2 or more.<br><br>Enter the amount from IRS Transportation Standards, Operating Costs & Public Transportation Costs for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, First Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 41; subtract Line b from Line a and enter the result in Line 22.  **Do not enter an amount less than zero.** | $ |

| a. | IRS Transportation Standards, Ownership Costs, First Car | $ |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 41 | $ |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 22.<br><br>Enter, in Line a below, the amount of the IRS Transportation Standards, Ownership Costs, Second Car (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 41; subtract Line b from Line a and enter the result in Line 23.  **Do not enter an amount less than zero.** | $ |

| a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
|---|---|---|
| b. | Average Monthly Payments for debts secured by Vehicle 2, if any, as stated in Line 41 | $ |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| 24 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | |
| 25 | **Other Necessary Expenses: mandatory payroll deductions.** Enter the total average monthly payroll deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as non-mandatory 401(k) contributions.** | $ |
| 26 | **Other Necessary Expenses: life insurance.** Enter average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $ |
| 27 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to court order, such as spousal or child support payments. **Do not include payments on past due support obligations included in Line 43.** | $ |
| 28 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 29 | **Other Necessary Expenses: childcare.** Enter the average monthly amount that you actually expend on childcare. **Do not include payments made for children's education.** | $ |
| 30 | **Other Necessary Expenses: health care.** Enter the average monthly amount that you actually expend on health care expenses that are not reimbursed by insurance or paid by a health savings account. **Do not include payments for health insurance listed in Line 33.** | $ |

| 31 | **Other Necessary Expenses: telecommunication services.** Enter the average monthly expenses that you actually pay for cell phones, pagers, call waiting, caller identification, special long distance, or Internet services necessary for the health and welfare of you or your dependents. **Do not include any amount previously deducted.** | $ |
|---|---|---|
| 32 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 31 | $ |

## Subpart B: Additional Expense Deductions under § 707(b)

### Note: Do not include any expenses that you have listed in Lines 19-31

| 33 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the average monthly amounts that you actually expend in each of the following categories and enter the total. | |
|---|---|---|

| | | |
|---|---|---|
| a. | Health Insurance | $ |
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |
| | | Total:  Add Lines a, b and c |

| | | $ |
|---|---|---|
| 34 | **Continued contributions to the care of household or family members.** Enter the actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 35 | **Protection against family violence.** Enter any average monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. | $ |
| 36 | **Home energy costs in excess of the allowance specified by the IRS Local Standards.** Enter the average monthly amount by which your home energy costs exceed the allowance in the IRS Local Standards for Housing and Utilities. **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 37 | **Education expenses for dependent children less than 18.** Enter the average monthly expenses that you actually incur, not to exceed $125 per child, in providing elementary and secondary education for your dependent children less than 18 years of age. **You must provide your case trustee with documentation demonstrating that the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 38 | **Additional food and clothing expense.** Enter the average monthly amount by which your food and clothing expenses exceed the combined allowances for food and apparel in the IRS National Standards, not to exceed five percent of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must provide your case trustee with documentation demonstrating that the additional amount claimed is reasonable and necessary.** | $ |
| 39 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 40 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 33 through 39 | $ |

## Subpart C: Deductions for Debt Payment

| 41 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of creditor, identify the property securing the debt, and state the Average Monthly Payment. The Average Monthly Payment is the total of all amounts contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. **Do not include items you have previously deducted, such as insurance and taxes.** | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt | 60-month Average Payment |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total:  Add Lines a, b and c |

| | $ |
|---|---|

| 42 | **Past due payments on secured claims.** If any of the debts listed in Line 41 are in default, and the property securing the debt is necessary for your support or the support of your dependents, you may include in your deductions 1/60th of the amount that you must pay the creditor as a result of the default (the "cure amount") in order to maintain possession of the property. List any such amounts in the following chart and enter the total. If necessary, list additional entries on a separate page. | |
|---|---|---|

| | Name of Creditor | Property Securing the Debt in Default | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | | Total: Add Lines a, b and c | $ |

| 43 | **Payments on priority claims.** Enter the total amount of all priority claims (including priority child support and alimony claims), divided by 60. | $ |
|---|---|---|

| 44 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly Chapter 13 plan payment. | $ | |
|---|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x | |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b | $ |

| 45 | **Total Deductions for Debt Payment.** Enter the total of Lines 41 through 44. | $ |
|---|---|---|

### Subpart D: Total Deductions Allowed under § 707(b)(2)

| 46 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 32, 40, and 45. | $ |
|---|---|---|

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 47 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
|---|---|---|
| 48 | **Enter the amount from Line 46** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 49 | **Monthly disposable income under § 707(b)(2).** Subtract Line 48 from Line 47 and enter the result | $ |
| 50 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 49 by the number 60 and enter the result. | $ |

| 51 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 50 is less than $6,000** Check the "Presumption does not arise" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 50 is more than $10,000.** Check the "Presumption arises" box at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 50 is at least $6,000, but not more than $10,000.** Complete the remainder of Part VI (Lines 52 through 54). |
|---|---|

| 52 | **Enter the amount of your total non-priority unsecured debt** | $ |
|---|---|---|
| 53 | **Threshold debt payment amount.** Multiply the amount in Line 52 by the number 0.25 and enter the result. | $ |

| 54 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 50 is less than the amount on Line 53.** Check the "Presumption does not arise" box at the top of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 50 is equal to or greater than the amount on Line 53.** Check the "Presumption arises" box at the top of this statement, and complete the verification in Part VIII. You may also complete Part VII. |
|---|---|

# Part VII: ADDITIONAL EXPENSE CLAIMS

<table>
<tr><td rowspan="6">55</td><td colspan="3"><strong>Other Expenses.</strong> List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item.  Total the expenses.</td></tr>
<tr><td></td><td>Expense Description</td><td>Monthly Amount</td></tr>
<tr><td>a.</td><td></td><td>$</td></tr>
<tr><td>b.</td><td></td><td>$</td></tr>
<tr><td>c.</td><td></td><td>$</td></tr>
<tr><td colspan="2" align="right">Total:  Add Lines a, b, and c</td><td>$</td></tr>
</table>

# Part VIII: VERIFICATION

<table>
<tr><td rowspan="2">56</td><td colspan="2">I declare under penalty of perjury that the information provided in this statement is true and correct.  <em>(If this a joint case, both debtors must sign.)</em></td></tr>
<tr><td>Date:  <u>06-01-06</u><br><br>Date: _____</td><td>Signature: _____<br>(Debtor) <em>MICHAEL CASEY</em><br><br>Signature: _____<br>(Joint Debtor, if any)</td></tr>
</table>

Form 4
(10/05)

# United States Bankruptcy Court

District Of _NEW JERSEY_

In re _MICHAEL R. CASEY_
Debtor

Case No. _06-13504 (DHS)_

Chapter _7_

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112:  Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

Date: _06-01-06_

_MICHAEL R. CASEY_
Debtor

*[Declaration as in Form 2]*

**MICHAEL R. CASEY**      **CASE NO, 06-13504 (DHS)**      04-25-2006
**TOP TWENTY CREDITORS IN ALPHABETICAL ORDER**      (35)

| | | | |
|---|---|---|---|
| Affleck, Millard | Investment Wantage | $ | 96,396 |
| 4135 Longshore Ave | Nolo | $ | 36,676 |
| Philadelphia, PA 19135 | MICAP | $ | 30,002 |
| | T= | $ | 163,072 |
| | | | |
| Barton, Charles & Janet | Investment 126 | $ | 97,510 |
| 28 Prospect Ave | 126 | $ | 97,510 |
| Haworth, NJ 07641 | No-lo | $ | 55,965 |
| | MICAP | $ | 29,646 |
| | MICAP | $ | 38,678 |
| | T= | $ | 319,309 |
| | | | |
| Bennett, Leo & Gladys | Investment 329 | $ | 119,196 |
| 10 W. Crescent Ave | SINJ | $ | 53,063 |
| Allendale, NJ 07401 | Nolo | $ | 21,781 |
| | Nolo | $ | 74,037 |
| | MICAP | $ | 2,683 |
| | T= | $ | 270,760 |
| | | | |
| Bunda, Donald | Investment 140 | $ | 24,167 |
| 170 Walthery Ave. | 300 | $ | 51,664 |
| Ridgewood, NJ 07450 | 1266 | $ | 31,844 |
| | | $ | 107,625 |
| | T= | $ | 215,300 |
| | | | |
| Carosella,Benjamin & Martha | Investment 126 | $ | 175,000 |
| 279 West Place | 140 | $ | 19,641 |
| Washington Township, NJ 07675 | 300 | $ | 45,718 |
| | 1266 | $ | 29,462 |
| | SINJ | $ | 10,000 |
| | T= | $ | 279,821 |
| | | | |
| Casey, Frances | Investment 140 | $ | 105,200 |
| 53 Grist Mill Lane | 300 | $ | 263,000 |
| Upper Saddle River | 1266 | $ | 157,800 |
| NJ 07458 | 329 | $ | 35,058 |
| | No-lo | $ | 3,121 |
| | 295 | $ | 73,725 |
| | T= | $ | 637,904 |
| Deegan, Frances | Investment 215 | $ | 150,000 |
| 720 Beaver Dam Rd. | SINJ | $ | 20,559 |
| East Berne, NY 12059 | Nolo | $ | 29,590 |
| | T= | $ | 200,149 |
| **Page 1 sub-total** | | | **$2,086,315** |

| | | | |
|---|---|---|---|
| DonLeavy, Margaret<br>617 Stanley Pl.<br>Rivervale, NJ 07675 | Investment – Nolo<br>MICAP<br> | T= | $ 194,083<br>$ 85,129<br>$ 279,212 |
| Durkin, Tom & Mariann<br>1 Olney Rd.<br>Mahwah, NJ 07430 | investment MICAP<br>MICAP<br>MICAP | T= | $ 131,599<br>$ 39,677<br>$ 148,416<br>$ 319,692 |
| Hanneman, Maryann<br>50 Old Pascack Rd<br>Pearl River, NY 10965 | Investment MIFI<br>MIFI<br>MIFI<br>MICAP<br>MICAP<br>MICAP | T= | $ 21,811<br>$ 23,608<br>$ 23,608<br>$ 26,392<br>$ 28,565<br>$ 28,565<br>$ 152,549 |
| McGeady, Roy<br>249 Vista View Dr.<br>Mahwah, NJ 07430 | Investment 126<br>295<br>No-lo<br>MICAP<br>MICAP | T= | $ 15,000<br>$ 38,653<br>$ 71,175<br>$ 770,642<br>$ 869,275<br>$1,764,745 |
| Morrone, Joseph<br>42 Patmore Rd.<br>Brick, NJ 08724 | Investment 126<br>Nolo<br>MICAP | T= | $ 160,309<br>$ 71,898<br>$ 23,346<br>$ 255,553 |
| Murray, Anne Marie<br>54 Summit Court<br>Mahwah, NJ 07430 | Investment 329<br>No-lo<br>No-lo<br>MICAP | T= | $ 70,116<br>$ 311,933<br>$ 29,793<br>$ 144,141<br>$ 555,983 |
| Ouellette, Andre & Gwen<br>3365 Round Hill Rd.<br>Somerville, NJ 08876 | Investment 126<br>140<br>Nolo<br>300<br>Nolo<br>1266<br>SINJ<br>SINJ | T= | $ 360,000<br>$ 28,500<br>$ 34,408<br>$ 71,250<br>$ 25,482<br>$ 42,750<br>$ 75,364<br>$ 68,516<br>$ 706,270 |

**Page 2 sub-total**                                                  **$4,034,004**

| | | | |
|---|---|---|---|
| Sartor, Donald | Investment 329 | $ | 42,070 |
| 11 Roberts Rd. | 295 | $ | 38,654 |
| Montvale, NJ 07645 | Nolo | $ | 346,532 |
| | | $ | 197,929 |
| | T= | $ | 625,185 |
| | | | |
| Shaw , Gerard | Investment 126 | $ | 262,500 |
| 105 Cobb Rd. | Wantage | $ | 50,000 |
| Milford, PA 18337 | MIFI | $ | 41,184 |
| | MICAP | $ | 49,835 |
| | SINJ | $ | 46,463 |
| | MICAP | $ | 83,725 |
| | Nolo | $ | 29,136 |
| | T= | $ | 562,843 |
| | | | |
| Smith, Edna | Investment 329 | $ | 119,196 |
| 44 Garrett Place | No-lo | $ | 119,262 |
| Midland Pk, NJ 07432 | No-lo | $ | 162,641 |
| | T= | $ | 401,099 |
| | | | |
| Stecewicz, Susan | Investment Nolo | $ | 23,218 |
| 244 Buena Vista Dr. | MICAP | $ | 77,975 |
| Ringwood, NJ 07456 | MICAP | $ | 16,239 |
| | 300 | $ | 100,000 |
| | T= | $ | 217,432 |
| | | | |
| Sullivan, Brendan & Aista | Investment Nolo | $ | 4,609 |
| 77 Pilgrims Progress Rd. | Nolo | $ | 196,833 |
| Rhinebeck, NY 12572 | T= | $ | 201,442 |
| | | | |
| Van Dyk, George | Investment | | |
| 20 Copley Ct. | Wantage | $ | 25,000 |
| North Haledon, NJ 07508 | MIFI | $ | 33,013 |
| | SINJ | $ | 42,242 |
| | MICAP | $ | 39,947 |
| | T= | $ | 140,202 |

**Page 3 sub-total**                                        **$2,148,203**

**Pages 1-3 Grand-Total**                               **$8,268,522**

Form B6
(10/05)

## FORM 6.  SCHEDULES

Summary of Schedules
Statistical Summary of Certain Liabilities

Schedule A - Real Property
Schedule B - Personal Property
Schedule C - Property Claimed as Exempt
Schedule D - Creditors Holding Secured Claims
Schedule E - Creditors Holding Unsecured Priority Claims
Schedule F - Creditors Holding Unsecured Nonpriority Claims
Schedule G - Executory Contracts and Unexpired Leases
Schedule H - Codebtors
Schedule I - Current Income of Individual Debtor(s)
Schedule J - Current Expenditures of Individual Debtor(s)

Unsworn Declaration under Penalty of Perjury

GENERAL INSTRUCTIONS: The first page of the debtor's schedules and the first page of any
amendments thereto must contain a caption as in Form 16B.  Subsequent pages should be
identified with the debtor's name and case number.  If the schedules are filed with the petition,
the case number should be left blank

Schedules D, E, and F have been designed for the listing of each claim only once.  Even when a
claim is secured only in part or entitled to priority only in part, it still should be listed only once.
A claim which is secured in whole or in part should be listed on Schedule D only, and a claim
which is entitled to priority in whole or in part should be listed on Schedule E only.  Do not list
the same claim twice.  If a creditor has more than one claim, such as claims arising from separate
transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

Official Form 6-Decl.
(10/05)

In re MICHAEL R. CASEY ,

        Debtor

Case No. 86-13504 (DHS)
        (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

*(Total shown on summary page plus 1.)*

Date 06-01-06 _____

Signature: _____ MICHAEL Debtor CASEY

Date _____

Signature: _____
*(Joint Debtor, if any)*

[If joint case, both spouses must sign.]

--------------------------------------------------------------------------------

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
                                       *(Required by 11 U.S.C. § 110.)*
*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____

_____
Address

X _____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*
--------------------------------------------------------------------------------

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the _____ [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.    *(Total shown on summary page plus 1.)*

Date _____

Signature: _____

_____
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

--------------------------------------------------------------------------------
-------*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.